UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GORILLAZ, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>XIANGFENG XU, an individual,<br><br>WENZHOU DUOYUAN ELECTRONIC COMMERCE CO., LTD., a Chinese company<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT OF INVALIDITY, UNENFORCEABILITY, NON-INFRINGEMENT, AND RELATED CLAIMS**<br><br>**DEMAND FOR A JURY TRIAL** |

Plaintiff Gorillaz, LLC d/b/a CCVOO ("Gorillaz" or "Plaintiff") files this Complaint against Defendants Xiangfeng Xu ("Xu") and Wenzhou Duoyuan Electronic Commerce Co., Ltd. ("WDEC") (collectively Xu and WDEC are referred to herein as "Defendants") and alleges as follows:

**NATURE OF THE ACTION**

1.    This is an action for declaratory judgment against Defendants that Plaintiff does not infringe U.S. Design Patent No. US D1,107,105 S (the "'105 Patent").  A true and correct copy of the '105 Patent is attached hereto as **Exhibit 1**.

COMPLAINT- 1
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

2.      This is also an action for declaratory judgment that the '105 Patent is invalid under 35 U.S.C. §§ 102 (lacking novelty, on-sale bar) and 103 (non-obvious), and unenforceable due to Defendants' inequitable conduct.

3.      This is also an action for judgment that Defendants have violated Revised Code of Washington ("RCW") 19.350 *et seq*. (the Patent Troll Prevention Act) (the "PTPA") and RCW 19.86 *et seq*. (the Washington State Consumer Protection Act) (the "CPA") by making bad faith assertions of patent infringement.  Plaintiff also seeks damages and relief for Defendants' tortious interference with contracts and business relationships.

4.      Defendant Xu fraudulently obtained the '105 Patent by claiming to be the inventor of the subject design when it had in fact been designed by others and had been on sale for more than a year prior to Defendant's application for patent.  Defendant Xu made such claim with the intent deceive the patent office (U.S. Patent & Trademark Office) to issue the patent, and the USPTO relied on Defendant Xu's claims in issuing the patent. Declaratory judgment of invalidity of the '105 Patent and Plaintiff non-infringement is therefore appropriate.  (35 U.S.C. § 102).

5.      Defendants, knowing the '105 Patent was invalid, then made baseless assertions that Plaintiff infringed the '105 Patent and willfully made baseless complaints with Amazon.com, Inc. ("Amazon") in Seattle, Washington alleging that certain of Plaintiff's reading glasses sold on Amazon.com under Plaintiff's brand CCVOO – identified by the following ASINs[1]:  ASIN: B0FT93F53N; ASIN: B0FT943J2R; ASIN: B0FCVS4MM9; ASIN: B0FCVRTXYS; ASIN: B0FT93BCFN; ASIN: B0FT9183JW; ASIN: B0FCVBSBTL; ASIN: B0FCVXKMWY (collectively, the "Accused Products") – infringe the '105 Patent.  Copies of the Accused Products listings are attached hereto as **Exhibit 2**.

6.      These assertions directly caused the wrongful removal of Plaintiff's listings of the Accused Products, resulting in damages including but not limited to reputational injury, loss

---

[1]      ASIN refers to Amazon Standard Identification Number which is a unique 10-character alphanumeric code assigned by Amazon to every product for inventory tracking, organization, and searching within its catalog.

COMPLAINT- 2
CASE NO.

of goodwill and lost revenue, as well as creating a reasonable apprehension of continued enforcement efforts by Defendants based on the '105 Patent.  The Accused Products remain at risk of being removed from Amazon through further enforcement of the '105 Patent, and Plaintiff's seller standing with Amazon has been jeopardized.

7.    The crux of this lawsuit is to compel Defendants to cease making fraudulent claims based on the '105 Patent and disrupting the lawful business of others.  Additionally, Plaintiff seeks compensation for any revenues lost by Defendants' unlawful disruption of their product sales, any revenues wrongfully obtained by Defendants from their illegal sales, along with other damages incurred as a result of their actions, including attorney's fees stemming from Defendants' willful misconduct. Through this lawsuit, Plaintiff aims to protect its intellectual property, restore its rightful control over its products and other assets, prevent deceptive trade practices by Defendants, and ensure fair competition in the marketplace.

## PARTIES, JURISDICTION, AND VENUE

8.    Plaintiff is a Delaware limited liability company with its principal place of business at 8 The Green, Suite 5530, Dover, DE 19901.

9.    Upon information and belief, Defendant Xiangfeng Xu ("Defendant") is a resident of the People's Republic of China.  His residential address is unknown, but the application for the '105 Patent provided the following address for the applicant:   Room 506, Building 12, Group 8, Xintianyuan Residential Community, Yangfushan Tu Village, Binjiang Subdistrict, Lucheng District, Wenzhou, Zhejiang, China.

10.    Defendant Xu is listed as the owner of the '105 Patent.

11.    Defendant Wenzhou Duoyuan Electronic Commerce Co., Ltd. ("WDEC") is a Chinese company believed to have its principal place of business at Room 506, Building 12, Group 8, Xintianyuan Residential Community, Yangfushan Tu Village, Binjiang Subdistrict, Lucheng District, Wenzhou, Zhejiang, China.  (This is the same address Defendant Xu noted in the application for the '105 Patent).

COMPLAINT- 3
CASE NO.

12.    Upon information and belief, including information obtained from Tianyancha, a Chinese business database, Defendant Xu is the sole shareholder of Defendant WDEC.

13.    Upon information and belief, Defendant WDEC owns or directs and controls a company who is an Amazon seller directly competing with Plaintiff in the sales of eyeglass products.

14.    Defendants Xu and WDEC acted jointly and in concert in obtaining and enforcing the '105 Patent against Plaintiff, as evidenced by: (a) Xu's status as the sole shareholder of WDEC; (b) WDEC's ownership of U.S. Trademark Reg. No. 6664208 for the DXYXYO mark and operation of the DXYXYO Amazon storefront from which the design later claimed in the '105 Patent was sold prior to the application's filing; (c) the use by Xu in the '105 Patent application of the same Wenzhou address that serves as WDEC's principal place of business.

15.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338, as this action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the patent laws of the United States, 35 U.S.C. § 1 et seq.  This Court has supplemental jurisdiction over the causes of action under Washington state law because those causes of action are substantially related to the causes of action over which this Court has original jurisdiction and are part of the same case and controversy, pursuant to 28 U.S.C. §§ 1367 and 1338.

16.    This Court has personal jurisdiction over Defendants because Defendants purposefully directed their conduct at Washington by willfully submitting baseless infringement complaints through Amazon, whose principal place of business is in Seattle, Washington, by marketing and/or selling their own products (eyeglasses) on Amazon.com, and by pursuing platform enforcement directed to U.S. commerce that is accessible within this District.  Defendants' conduct was expressly aimed at this District and caused foreseeable harm to Plaintiff's business interests here; thus, establishing sufficient minimum contacts under Washington's Long-Arm Statute, RCW 4.28.185.

COMPLAINT- 4
CASE NO.

17.    In the alternative, this Court has personal jurisdiction under Fed.R.Civ.P. 4(k)(2) because Defendants are not U.S. residents, the claims arise out of Defendants' contacts with the U.S. as a whole, and exercising jurisdiction is consistent with the Constitution and laws of the United States.

18.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) as the judicial district since a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district, with Defendants' prosecution of design patent complaints through Amazon, headquartered in Seattle.

## FACTUAL ALLEGATIONS

### A. Plaintiff's Business and the Accused Products

19.    Plaintiff has sold its products on Amazon.com since at least November 2022.

20.    Plaintiff operates online storefronts including those under the trade name AC Global Distribution and/or CCVOO on Amazon.com (merchant token – A1ZS9DWJUQQMHA), through which it offers the Accused Products.  Below is an example of one of Plaintiff's product listings for the Accused Products:



https://www.amazon.com/CCVOO-Reading-Glasses-Blocking-Computer/dp/BOBHNHKNCP?th=1

COMPLAINT- 5
CASE NO.

21. The Amazon marketplace constitutes Plaintiff's primary sales channel for the Accused Products. As such, maintaining its seller standing with Amazon and its contract as an Amazon Seller is of vital importance to Plaintiff's business.

22. Additionally, to remain competitive in the market for the Accused Products, Plaintiff must maintain their listings on Amazon. Any disruption impacts not only revenue but also seller standings, customer visibility, and other marketing aspects that Plaintiff has expended significant time and money in developing.

23. As a result of the time, effort and money expended by Plaintiff in its product listings and marketing techniques, it has experienced great commercial success with the Accused Products.

24. Plaintiff first began selling the Accused Products as of at least November 7, 2022 – almost three years before the '105 Patent was issued. Below are a few examples of customer reviews of the Accused Products evidencing sales by Plaintiff in 2022 including:



Image from December 20, 2022 customer review of AC Global's Accused Product, above.



https://www.amazon.com/gp/customer-reviews/R1FV39LWVMXBKG/ref=cm_cr_getr_d_rvw_ttl?ie=UTF8

COMPLAINT- 6
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington 98104-4039
(206) 749-0500

25.     The foregoing demonstrates that the Accused Products were publicly disclosed and commercially available at least two years or more before the effective filing date (July 9, 2024) of the '105 Patent.

### B.  Other Prior Disclosures and Sales of Substantially Similar Products

26.     In addition to Plaintiff's sales of the Accused Products, numerous other retailers sold eyeglasses substantially similar to the design in the '105 Patent prior to Defendant Xu's application for the same.  These include but are not limited to the following examples:





COMPLAINT- 7
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

27.    Amazon retailers also sold similar eyewear designs as early as 2022, including Amazon seller DXYXYO who is, upon information and belief, owned, operated, controlled, and/or affiliated with Defendants.

28.    Defendant WDEC is the owner of the U.S. Trademark Registration No. 6664208 for the word mark DXYXYO.   The application filed for this mark was filed by WDEC on March 29, 2021 as an in-use application under Section 1(a) of the Lanham Act (15  U.S.C. § 1051(a)) and claims that the mark has been used since "at least as early as February 27, 2021" and the mark has been used on "3D spectacles; Eyeglasses; Smartglasses; Anti-glare filters for televisions and computer monitors; Cases for spectacles, for pince-nez and for contact lenses; Contact lens cases; Corrective glasses; Eyeglass cases; Spectacle holders; Sport goggles for use in sports; Sun glasses; Swimming goggles."[2]   A true and correct copy of the Defendants' trademark registration is attached hereto as **Exhibit 3.**

29.    An Amazon storefront operating under the name "DXYXYO," sells eyewear that directly competes with Plaintiff's Accused Products.  The DXYXYO Amazon storefront is at the URL address:  https://www.amazon.com/stores/DXYXYO/page/72BA74F4-153F-4115-B319-

---

[2]    The application was filed by a U.S. attorney for WDEC, Weibo Zhang of Mingtu IP PC.  By agreement by Mr. Zhang, the identification of goods in the application was amended on November 12, 2021 to "3D spectacles; Eyeglasses; Smartglasses; Anti-glare filters for televisions and computer monitors; Cases for spectacles, for pince-nez and for contact lenses; Contact lens cases; Corrective glasses; Eyeglass cases; Spectacle holders; sports goggles for use in basketball, football, hockey, baseball, soccer; Sun glasses; Swimming goggles."

COMPLAINT- 8
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

734D5E9F775F?lp_asin=B094QVBCLT&ref_=ast_bln&store_ref=bl_ast_dp_brandlogo_sto. On information and belief, the DXYXYO Amazon storefront has been operating since at least as early as 2021.

30. The DXYXYO Amazon.com store has been selling products that are substantially similar to the design in the '105 Patent since at least as early as 2022, as indicated by the example below:



FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington 98104-4039
(206) 749-0500

31.     Upon information and belief, the foregoing demonstrates that the applied-for design was publicly disclosed and sold by the Defendants or those under their direction and control more than one year prior to the date (July 9, 2024) on which Defendant Xu applied for the '105 Patent.

## C.  The '105 Patent

32.     Defendant Xu is the listed owner of the '105 Patent, which issued on December 23, 2025, from an application filed on July 9, 2024.  The '105 Patent contains a single claim directed to the ornamental appearance of eyeglass frames.  *See Ex. 1*.  Below is one of the drawings depicting the ornamental design claimed in the '105 Patent:



U.S. Patent     Dec. 23, 2025     Sheet 3 of 8     US D1,107,105 S

33.     The '105 Patent does not claim priority to any earlier application.

34.     Pursuant to 35 U.S.C. § 102 a person is not entitled to a patent if the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective date of the claimed invention.

35.     In his application for the '105 Patent, Defendant Xu failed to cite to any relevant prior art, or provide an Information Disclosure Statement.

COMPLAINT- 10
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

36. Upon information and belief, given their direct ownership or affiliation with Amazon sellers and other knowledge of eyeglass products being marketed at the time, Defendant Xu knew at the time that he applied for patent that others, including Plaintiff with the Accused Products, were already selling the design he claimed as his invention.

37. Plaintiff's sales of the Accused Products under the CCVOO brand since at least November 7, 2022 are third-party prior-art disclosures that bar patentability under 35 U.S.C. § 102(a)(1) because they occurred well before the July 9, 2024 effective filing date of the application that issued as the '105 Patent. Defendant Xu cannot avail himself of the inventor-disclosure grace period of 35 U.S.C. § 102(b)(1) with respect to his own prior public sales through his affiliated DXYXYO storefront because those sales preceded the effective filing date by more than twelve months, taking them outside the grace period.

38. The Amazon seller owned by or affiliated with Defendants, DXYXYO, was selling the claimed design or ones substantially similar to it at the time Defendant Xu applied for the patent, yet these facts were not disclosed to the patent office.

39. In his application for the '105 Patent, Defendant Xu signed a declaration attesting, pursuant to 37 CFR 1.63, that he was the original inventor of the claimed invention (the eyeglass design) in the patent application and that he had not made any willful false statement to the patent office (U.S. Patent & Trademark Office) in the application.

40. Pursuant to 37 CFR 1.56 "[e]ach individual associated with the filing and prosecution of a patent application has a duty of candor and good faith with the [patent office], which includes a duty to disclose to the [patent office] all information known to that individual to be material to patentability."

41. Material information regarding prior sales, public disclosures, or relevant prior art that is withheld from the patent office during prosecution of a patent application with the intent to mislead can result in a finding of inequitable conduct, rendering the patent unenforceable. *See, e.g., Therasense, Inc. v. Beckton Dickinson and Co.*, 649 F.3d 1276 (Fed. Cir. 2011).

COMPLAINT- 11
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington 98104-4039
(206) 749-0500

42.    A case is usually found to be an 'exceptional case' warranting attorney's fees under 35 U.S.C. § 285 if inequitable conduct is proven.  *See, e.g., Brasseler, U.S.A. I, L.P. v. Stryker Sales Corp.*, 267 F.3d 1370, 1380 (Fed. Cir. 2001).

43.    Upon information and belief, Defendants did not launch or list for sale any <u>new</u> eyeglass products based on the design claimed in the '105 Patent.  For example, Amazon seller DXYXYO was not found to have listed any new eyeglass products from July 9, 2024 (the date on which Defendant Xu applied for the '105 Patent) to the present.

**D.  Defendant's Willful and Baseless Enforcement of the '105 Patent**

44.    Plaintiff was notified on February 16, 2026 by Amazon that a design patent infringement complaint had been filed with Amazon by Haoyi Chen as counsel to Defendant Xu.  On information and belief, Mr. Chen is a U.S. attorney at the U.S. firm Arch & Lake, and his website bio is at the URL address: https://www.archlakelaw.com/haoyichen.

45.    Defendant's Amazon complaint, Complaint ID 19493849001, alleged that certain of Plaintiff's reading glasses allegedly infringed the '105 Patent.  A true and accurate copy of the Amazon Complaint and Amazon's notification of the same to Plaintiff is attached as **Exhibit 4.**

46.    Upon information and belief, Defendant Xu knew that the '105 Patent was invalid and fraudulently procured at the time of the filing of the Amazon Complaint, and that his actions were willful and done specifically to disrupt the legitimate sales of Plaintiff's commercially successful products in order to provide an unlawful business advantage to competing products sold by Defendant Xu or companies under his direction and control, including Defendant WDEC and via the Amazon.com store for DXYXYO.

47.    As a result of the Amazon Complaint, Amazon removed the Accused Products from Plaintiff's Amazon storefront.  This removal substantially disrupted Plaintiff's sales and access to U.S. consumers, and caused a significant loss of revenue and impairment to Plaintiff's goodwill with both consumers and Amazon.

COMPLAINT- 12
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

48. Plaintiff contacted Defendant Xu's patent counsel (Michael Bartholomew) and the attorney (Haoyi Chen) who had filed the Amazon Complaint for Defendants, regarding the invalidity of the '105 Patent and requested voluntary retraction of the Amazon Complaint. Mr. Bartholomew did not respond. Mr. Chen indicated the information had been forwarded on to his client, but no substantive response was received and Defendants did not retract the Amazon complaint.

49. Eventually, upon submission of evidence by Plaintiff to Amazon, Plaintiff's listings of the Accused Products were temporarily reinstated.

50. However, Amazon has informed Plaintiff that, absent court order or invalidation of the '105 Patent, another complaint by Defendants will result in listings of the Accused Products being removed again, and may result in permanent impacts to Plaintiff's status as an Amazon Seller.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
**(Declaratory Judgment of Patent Invalidity and Unenforceability)**

51. Plaintiff realleges the allegations stated above as if fully set forth herein.

52. In view of the facts and allegations set forth above, there is an actual, continuing, and justiciable controversy that exists between Plaintiff and Defendants concerning the validity of the '105 Patent.

53. Plaintiff has standing because a real and immediate controversy exists between Plaintiff and Defendants. Defendants submitted design patent infringement complaints to Amazon regarding the Accused Products. These complaints resulted in removals of Plaintiff's product listings and caused lost sales, reputational harm, interference with Plaintiff's contractual relationships with others, disruption of sales channels and marketing metrics, and they create a reasonable apprehension of continued enforcement.

COMPLAINT- 13
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington 98104-4039
(206) 749-0500

54.    The '105 Patent is invalid for failure to meet the conditions of patentability and/or otherwise comply with one or more provisions of the patent laws of the United States, including, but not limited to, 35 U.S.C. §§ 102 and 103.

55.    In particular, identical or near identical designs had been publicly sold in the United States more than one year prior to the application date for the '105 Patent, including by companies controlled by or affiliated with the applicant, Defendant Xu.

56.    Accordingly, if the claimed design of the '105 Patent reads on Plaintiff's Accused Products, it is invalid under the public-use and on-sale bars of 35 U.S.C. § 102.

57.    The '105 Patent is also invalid under 35 U.S.C. § 103 as it was obvious in view of prior designs, including but not limited to those disclosed in US Design Patent No. D492,492; US Design Patent No. D178,873; US Design Patent No. D954,812;  US Design Patent No. D1,003,340 each of which alone or in combination renders the claimed design unpatentable.

58.    Further grounds for invalidity of the '105 Patent exist due to Defendant Xu's inequitable conduct or fraud in the application for and prosecution of the application for patent. Information regarding the pre-existing nature of the claimed design, its prior public disclosures, and prior sales were material to patentability.  Yet, Defendant Xu failed to disclose this information during the prosecution of the application of the '105 Patent with the intent to mislead the patent office.

59.    Defendants' infringement complaint with Amazon has caused immediate harm to Plaintiff through interruption of its lawful sales and impairment of its goodwill with customers and Amazon.  Plaintiff also anticipates further wrongful attempts by Defendants to enforce the '105 Patent, and has been informed by Amazon that any further complaints could put its seller status in jeopardy.

60.    Plaintiff is therefore seeking declaratory judgment that the '105 Patent is invalid for failure to satisfy the requirements of 35 U.S.C. §§ 102 and 103, a declaration that it is unenforceable due to Defendant Xu's inequitable conduct and fraud in the prosecution of the

COMPLAINT- 14
CASE NO.

patent application and deliberate misuse of the patent system, and for a finding that this is an exceptional case under 35 U.S.C. § 285 and awarding Plaintiff its attorney's fees and costs incurred in this action.

**SECOND CLAIM FOR RELIEF**
**(Declaratory Judgment of Non-Infringement)**

61.     Plaintiff repeats and realleges the allegations stated above as if fully set forth herein.

62.     For the reasons set forth above, a real and substantial controversy exists between Plaintiff and Defendants regarding the '105 Patent.

63.     Plaintiff's Accused Products were publicly available and sold in the United States for at least two years prior to the date (July 9, 2024) on which Defendant Xu applied for the '105 Patent.

64.     If the claimed design of the '105 Patent were construed to cover Plaintiff's Accused Products, then the claim would be invalid under the public-use and on-sale bars of 35 U.S.C. § 102.  If the patent is invalid it is a full defense to any assertions of infringement. *See Commil USA, LLC v. Cisco Sys.*, Inc., 575 U.S. 632, 644 (2015).

65.     In the alternative, if the claimed design of the '105 Patent does not read on Plaintiff's Accused Products, then there is no infringement as a matter of law.

66.     Plaintiff is therefore seeking declaratory judgment that Plaintiff's Accused Products do not infringe the '105 Patent, and for a finding that this is an exceptional case under 35 U.S.C. § 285 and awarding Plaintiff its attorney's fees and costs incurred in this action.

**THIRD CLAIM FOR RELIEF**
**(Violation of Washington State Patent Troll Prevention Act and Consumer Protection Act (RCW 19.86 et seq. and 19.350 et seq.)**

67.     Plaintiff repeats and realleges the factual allegations stated above as if fully set forth herein.

68.     Defendants have made bad faith assertions of patent infringement against Plaintiff via their Amazon complaint.  The Amazon complaint does not show that the

COMPLAINT- 15
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

Defendants engaged in reasonable analysis to establish a reasonable, good faith basis for believing the Accused Products infringed the '105 Patent.

69.     The Amazon complaint threatens legal action that cannot be legally taken as the '105 Patent is invalid, and Defendants knew of its invalidity at the time the complaint was made.

70.     The Amazon complaint also contains assertions of patent infringement that are false, misleading, and/or contain deceptive information.

71.     Despite written demand that they do so, Defendants have not withdrawn their bad faith assertions of patent infringement.  Thus, Defendants have failed to negotiate an appropriate remedy in a reasonable manner.

72.     These bad faith assertions of patent infringement are in violation of the PTPA (RCW 19.350).

73.     Defendants' violations of the PTPA are actionable under Washington's CPA (RCW 19.86 *et seq.*).  *See* RCW 19.350.030.   The CPA provides a civil cause of action for damages, fees, and injunctive relief for these forms of unfair or deceptive trade practices or unfair methods of competition.

74.     Defendants' violations are unfair methods of competition or deceptive trade practice that occurred in the conduct of trade or commerce.

75.     Defendants' actions are injurious to the public interest as violations of PTPA, a statute incorporating the CPA and containing a legislative declaration of public-interest impact. *See* RCW 19.350.030, 19.86.093(1), (2).

76.     Defendants' violations are further injurious to the public interest as either injuring others' ability to attract and develop businesses. or having the capacity to do so,and imposing deleterious effects on the economy from the burden caused by such bad faith allegations.

COMPLAINT- 16
CASE NO.

77.     Defendants' violations of the PTPA and CPA have directly and proximately caused injury and damages to Plaintiff in the form of lost revenue, damage to goodwill and reputation, attorney's fees and legal costs.

78.     Plaintiff is therefore entitled to damages, attorneys fees, and injunctive relief preventing further violations.

**FOURTH CLAIM FOR RELIEF**
**(Tortious Interference with Business Relationship or Expectancy)**

79.     Plaintiff repeats and realleges the factual allegations stated above as if fully set forth herein.

80.     Tortious interference with business relationships or expectancies exists under Washington law when:  (a) plaintiff had a business relationship or expectancy with a probability of future economic benefit, (b) the defendant knew of that relationship; (c) the defendant intentionally interfered with or attempted to induce or cause a breach of that business relationship or expectancy, (d) the interference was for an improper purpose or by improper means, and (e) the defendant's conduct was a proximate cause of damages to the Plaintiff.

81.     Plaintiff has valid and existing contracts and a business relationship with Amazon, through which it sells its eyeglass products under the CCVOO brand, and valid and existing contracts and/or business relationships or expectancies with consumers who order and/or buy Plaintiff's products via Amazon.

82.     Defendants knew of such business relationships and expectancies of Plaintiff.

83.     Defendants intentionally interfered with those contractual relationships by submitting materially false and bad-faith patent infringement complaints, with the purpose of causing Plaintiff's listings to be removed and in an effort to eliminate or reduce Plaintiff's activities as a lawful competitor.

84.     As a result of Defendants' conduct, Plaintiff's listings for the Accused Products were removed from Amazon for a period of time, and has put Plaintiff in jeopardy of future

COMPLAINT- 17
CASE NO.

**FENNEMORE CRAIG, P.C.**
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

and/or permanent impairment of its contractual relationship with Amazon.  This constituted and constitutes a disruption of Plaintiff's contractual obligations and business relationship with Amazon, including under the Amazon Services Business Solutions Agreement, and relationship with consumers.

85.     Defendants' conduct has also interfered with and compromised Plaintiff's contractual relationships and business expectancies with consumers, causing interruptions to its ongoing business activities.

86.     Plaintiff has suffered and continues to suffer direct, proximate, and foreseeable damages as a result of Defendants' interference, including lost sales, goodwill, and harm to its competitive standing.

87.     Defendants' efforts to have Plaintiff's products delisted through improper means were and are unlawful and fraudulent.

88.     As a result of Defendants' conduct, Plaintiff is entitled to damages and equitable remedies in an amount to be proven at trial.

## FIFTH CLAIM FOR RELIEF
### (Unfair Competition in Violation of the Washington Consumer Protection Act (RCW 19.86.020 *et seq.*))

89.     Plaintiff repeats and realleges the allegations stated above as if fully set forth herein.

90.     Washington's Consumer Protection Act (CPA) makes unlawful "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce."  Rev. Code Wash. 19.86.020.  The elements for a private cause of action under the CPA are:  (1) an unfair or deceptive act or practice, (2) occurring in trade or commerce, (3) affecting the public interest, (4) injury to a person's business or property, and (5) causation. *Panag v. Farmers Ins. Co. of Wash.*, 204 P.3d 885, 889 (Wash. 2009).

91.     Upon information and belief, Defendants directly or through other entities controlled by them, offer for sale a variety of products on Amazon, including but not limited to eyeglasses, which directly compete with Plaintiff's Accused Products.

COMPLAINT- 18
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

92.     Defendants engaged in unfair competition in violation of the CPA by committing unfair and deceptive acts, namely, fraudulently applying for a patent on a product previously in the marketplace and being sold by retailers including Plaintiff, and then utilizing the fraudulently procured patent to file baseless patent infringement complaints with Amazon that resulted in the removal of Plaintiff's product listings.

93.     These acts were willful, being based not only on a fraudulently obtained patent but being undertaken for the express purpose of undermining lawful sales of Plaintiff's successful products in order for Defendants to obtain an unlawful advantage in sales of their competing products.

94.     These acts occurred in trade or commerce, impacted the public interest in Washington by limiting consumer choice and by misuse of the platform of a business that is important to this District's economy (Amazon), and directly caused injury to Plaintiff's business and property.

95.     As a result of Defendants' conduct, Plaintiff is entitled to damages in an amount to be proven at trial, including reasonable attorney's fees, costs, and treble damages, as well as injunctive relief to prevent unlawful conduct by Defendants, under RCW 19.86.090.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1.     For judgment in favor of Plaintiff and against Defendants on all claims.

2.     Declaring that Plaintiffs' Accused Products do not infringe the '105 Patent.

3.     Declaring the '105 Patent Invalid under 35 U.S.C. §§ 102 and 103.

4.     Granting a preliminary and a permanent injunction enjoining Defendants, their agents, servants, employees and attorneys, and anyone acting at their direction or under their authority, or in concert with them or their agents, servants, employees and attorneys from, directly or indirectly, the following:

    a.   Any infringement complaints under the '105 Patent with any consumer sales platforms, including but not limited to Amazon;

COMPLAINT- 19
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

b.  Any claims, complaints, or actions to have a consumer sales platform take down or restrict Plaintiff's listings of the Accused Products;

c.  Taking any other action designed to impair Plaintiff's sales of the Accused Products, or Plaintiff's goodwill with Amazon and consumers.

d.  Aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (c).

5.  Awarding Plaintiff damages in an amount to be proven at trial.

6.  Awarding Plaintiff an amount up to three times the amount of its actual damages, due to the willful and exceptional nature of this case.

7.  Ordering that Defendant disgorge to Plaintiff all profits realized by its wrongful acts as appropriate to compensate Plaintiff for the damages caused thereby.

8.  Declaring that this is an exceptional case pursuant to 35 U.S.C. § 285 and awarding Plaintiff its costs and reasonable attorneys' fees thereunder.

9.  Awarding Plaintiff interest, including prejudgment and post-judgment interest, on the foregoing sums.

10.  Awarding Plaintiff its costs and attorney's fees under applicable law;

11.  Awarding such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Gorillaz, LLC, by and through its undersigned counsel, hereby demands a trial by a jury of all issues in this action so triable.

COMPLAINT- 20
CASE NO.

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

DATED: June 18, 2026.

**FENNEMORE CRAIG, P.C.**


By   _/s/ Michael E. Chait_
Michael Chait, WSBA # 48842
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
Telephone: 206.749.0500
Facsimile:  206.749.0600
Email:  mchait@fennermorelaw.com


**FENNEMORE LLP**

Eugene M. Pak (pro hac vice pending)
Hanna Kim (pro hac vice pending)
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone:510.834.6600
Facsimile:  510.834.1928
Email:  epak@fennemorelaw.com,
hkim@fennemorelaw.com

**FENNEMORE LLP**

January Allen (pro hac vice pending)
3615 Delgany Street, Suite 1100
Denver, Colorado 80216
Telephone:303.291.3200
Facsimile:  303.291.3201
Email:  jallen@fennemorelaw.com

_Attorneys for Plaintiff Gorillaz, LLC_

COMPLAINT- 21
CASE NO.

# EXHIBIT 1



US0D1107105S

(12) **United States Design Patent** (10) **Patent No.:** **US D1,107,105 S**

Xu (45) **Date of Patent:** \*\* **Dec. 23, 2025**

(54) **EYEGLASSES**

(71) Applicant: **Xiangfeng Xu**, Wengzhou (CN)

(72) Inventor: **Xiangfeng Xu**, Wengzhou (CN)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/951,456**

(22) Filed: **Jul. 9, 2024**

(51) **LOC (15) Cl.** ............................................... **16-06**
(52) **U.S. Cl.**
USPC ...................................................... **D16/326**
(58) **Field of Classification Search**
USPC ....... D16/300, 311, 313–317, 319, 320, 321,
D16/323–327, 329
CPC .......... G02C 3/003; G02C 11/00; G02C 5/02;
G02C 5/146; G02C 5/00; G02C 5/008;
G02C 5/08; G02C 11/12; G02C 2200/14
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D748,188 S  \*  1/2016  Shin ............................. D16/326
D803,296 S  \*  11/2017  Park ............................. D16/325
D803,297 S  \*  11/2017  Park ............................. D16/326
D803,301 S  \*  11/2017  Park ............................. D16/326
D1,022,013 S  \*  4/2024  Kondamuri ................. D16/300
D1,032,709 S  \*  6/2024  Kondamuri ................. D16/328
D1,038,222 S  \*  8/2024  Jamin ......................... D16/326
D1,048,158 S  \*  10/2024  Lin ............................. D16/327
D1,074,795 S  \*  5/2025  Jiang .......................... D16/323

\* cited by examiner

*Primary Examiner* — Maria J. Edwards

(74) *Attorney, Agent, or Firm* — Michael Bartholomew

(57) **CLAIM**

The ornamental design for eyeglasses, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front, and right side perspective view of eyeglasses, showing my new design;
FIG. **2** is a bottom, rear, and left side perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.

**1 Claim, 8 Drawing Sheets**





FIG. 1

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 25 of 134



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

# EXHIBIT 2

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 33 of 134



Health & Household › Vision › Reading Glasses

**Visit the CCVOO Store**

## CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters

4. ★★★☆ ∨ (20) | Search this page

Amazon's Choice

200+ **bought** in past month

**-23%** $**9**⁹⁹ ($2.50 / count)

Typical price: $12.99 ⓘ    **Price history**

**FREE Returns** ∨

Exclusive Prime price

Color: **Black + Leopard + Tortoiseshell+ Clear**

Magnification Strength: **1.75 x**

| 1.75 x | 0.5 x | 0.75 x | 1.0 x | 2.5 x |
|---|---|---|---|---|
| $9.99 ($2.50 / count) $12.99 With Prime | $9.99 $12.99 With Prime | $9.99 $12.99 With Prime | $9.49 ($2.37 / count) $9.99 With Prime | $9.99 ($2.50 $15.99 With P |
| **1.25 x** | **1.5 x** | **2.0 x** | **2.25 x** | **3.5 x** |
| $9.49 ($2.37 / count) $12.99 With Prime | $9.49 $11.99 With Prime | $9.99 $15.99 With Prime | $9.49 ($2.37 / count) $9.99 With Prime | $9.49 $12.99 With P |

‹ | **1** | **2** | ›

## Product details

### Top highlights ⌃

### Prime Member Price ⦿

$**9**⁹⁹ ($2.50 / count)

This price is exclusively for Amazon Prime members.

**Join Prime**

Cancel anytime

Ships from    **Amazon**

Sold by    AC Global Distribution

Returns    FREE 30-day refund/replacement

Payment    Secure transaction

### Regular Price ◯

$**11**⁹⁹ ($3.00 / count)

**FREE delivery Sunday, May 24** to Dover 19901 on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: AC Global Distribution

Add to Auto Buy

Add to List

5/19/26, 6:02 PM

Amazon.com: CCVOO 4-pack Stylish Reading Glasses for Women, Stylish eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 34 of 134

**Ask Alexa**

Do these glasses have UV protection?     Are they lightweight?

Can these be worn over contacts?     Why you might like this

Compare with similar     Ask something else

Origin                    Imported

## About this item

- DESIGNED FOR READING: Stylish eye glasses for women that help people who have difficulty reading small print or seeing objects up close. Reading glasses are also called readers or cheaters
- A VARIETY OF DIOPTERS: Readers for women 1.75 are typically available in a variety of strengths, or diopters, which is the amount of magnification provided by the lenses
- BLUE LIGHT FILTERING: Upgrade your screen time with this stylish 4-pack of blue light reading glasses for women 1.75 . With these blue light readers for women for every place you relax, you can protect your eyes and maintain a polished look wherever you go
- SPRING HINGES: 1.75 reading glasses women also have features such as spring hinges that make them comfortable to wear for long periods of time.
- STYLISH FRAME: Reading glasses for women 1.75 are often designed with stylish frames and colors that appeal to women's tastes

⌄ See more

| Item details | ⌄ |
| --- | --- |

| Measurements | ⌄ |
| --- | --- |

See all product specifications

⚑ Report an issue with this product or seller



Kerecsen Reading Glasses 5 Pairs

4.6                    842

$12⁹⁹

Sponsored ⓘ

Sponsored ⓘ

## Deals on related products  Sponsored ⓘ

5/19/26, 6:02 PM

Amazon.com: CCVOO 4pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household



**NORPERWIS 5 Pairs Reading Glasses - Standard Fit Spring Hinge Readers Glasses…**

★★★★★ 31

Limited time deal

-28% **$11**⁵⁵

($2.31 / count)

Typical: ~~$15.95~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**JOLISU 5 Pack Reading Glasses For Women - Stylish Blue Light Blocking Readers…**

★★★★½ 303

Limited time deal

-29% **$9**⁹⁹

($2.00 / count)

Typical: ~~$13.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**MODFANS Oversized 1.25 Reading Glasses for women,4 Pack Large Readers for women,Cat…**

★★★★★ 1

Limited time deal

-50% **$9**⁹⁹

Typical: ~~$19.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**miyya Stylish Reading Glasses for Women, Cheaters Eyeglasses, Oversized Blue Light …**

★★★★★ 4

Limited time deal

-30% **$11**¹⁹

List: ~~$15.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**Henotin 4 Pack Ladies Reading Glasses Blue Light Blocking Spring Hinge Readers Anti…**

★★★★½ 142

Amazon's Choice

Limited time deal

-15% **$12**⁷³

($3.18 / count)

List: ~~$14.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**BLOEXCLU 6 Pack Reading Glasses for Women Men Blue Light Blocking Spring Hinge…**

★★★★½ 83

Limited time deal

-15% **$11**⁸⁹

($1.98 / count)

Typical: ~~$13.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**Eyekepper Reading Glasses Women 4 Pack, Oversized Square Frame Spring Hinge Readers…**

★★★★☆ 12

Limited time deal

-30% **$13**²⁹

($3.32 / count)

Typical: ~~$18.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

🌿 3 sustainability features

# Product description

5/19/26, 6:02 PM
Amazon.com: CCVOO 2 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 36 of 134



Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 37 of 134

# SHIELD YOUR EYES WITH BLUE-LIGHT PROTECTION



Help reduce
screen fatigue



Improve your
sleep cycle



Enhance visual
comfort while using
the computer



Read
comfortably

## Product details

**Date First Available** : April 20, 2026

**ASIN** : B0GXW3BB8K

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #12,905 in Health & Household (See Top 100 in Health & Household)
#78 in Reading Glasses

**Customer Reviews:** 4.0 ★★★★☆ ∨ (20)

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 38 of 134

## Product Description

CCVOO Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters

---

### 🅰 Looking for specific info?

| Ask Alexa or search reviews and Q&A | ➤ |

Do these glasses have UV protection?   Are they lightweight?   Can these be worn over contacts?

Do they come with a case?   Are they scratch resistant?

---

## More from frequently bought brands   Sponsored ⓘ

      

**Hubeye Square Reading Glasses for Women Men Blue Light Blocking Computer Fashion St...**
★★★★½ 142
$9⁹⁹ ($3.33 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon
You pay $9.49 with coupon (some sizes/colors)

**JOSCHOO 3 Pack Reading Glasses Blue Light Blocking Computer Spring Hinge Readers…**
★★★★★ 7
-10% $8⁹⁹
Typical: $9.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**REAVEE Oversized Square Reading Glasses for Women, Blue Light Blocking Large Frame ...**
★★★★½ 386
$11⁹⁹ ($4.00 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Hubeye 3 Pack Fashion Style Reading Glasses Oversized Readers Blue Light Blocking C...**
★★★★½ 55
$9⁹⁹ ($3.33 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO 1.75 Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light…**
★★★★½ 1,149
Amazon's Choice
$21⁹⁹ ($3.67 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch...**
★★★★½ 170
Limited time deal
-33% $9⁹⁸
($2.50 / count)
List: $14.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**JOLISU 5 Pack Reading Glasses For Women,Blue Light Blocking Computer Reader Spring ...**
★★★★½ 39
$15⁹⁹ ($3.20 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

5/19/26, 6:02 PM

Amazon.com: CCVOO 4-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 39 of 134

Sponsored ⓘ

### Similar brands on Amazon

Sponsored ⓘ



HEEYYOK 1.25 Reading Glasses Women TR90 Ultra Thin Blue Light Blocking…

4.7 ★★★★½ 4

$19.99

## Customer reviews

★★★★☆ 4 out of 5

20 global ratings

| 5 star | | 69% |
| --- | --- | --- |
| 4 star | | 0% |
| 3 star | | 16% |
| 2 star | | 0% |
| 1 star | | 15% |

How customer reviews and ratings work ⌄

### Top reviews from the United States

Translate all reviews to English



Sponsored ⓘ

The Cookin Diva

★★★★★ **Cute glasses**

Reviewed in the United States on March 3, 2026

Color: Black + Leopard + Tortoiseshell+ Clear  |  Magnification Strength: 1.75 x    Verified Purchase

Super cute & stylish. I love them!

Helpful    |    Report

Erin Misa Wright

★★★★★ **Style, function and effective. \*claps hands**

Reviewed in the United States on February 18, 2026

Color: Black + Leopard + Tortoiseshell+ Clear  |  Magnification Strength: 1.75 x    Verified Purchase

Loved

Helpful    |    Report

kathleen burke

★☆☆☆☆ **not large enough**

Reviewed in the United States on May 16, 2026

Color: Black + Leopard + Tortoiseshell+ Clear  |  Magnification Strength: 1.75 x    Verified Purchase

the frames are not wide enough, they only fit children or people with very small heads

Helpful    |    Report

Yo landa Velez

★★★☆☆ **Lentes**

Reviewed in the United States on April 2, 2026

Color: Black + Leopard + Tortoiseshell+ Clear  |  Magnification Strength: 1.75 x    Verified Purchase

Están Linda's pero el plastic o n es muy bueno calidad

Helpful    |    Report

Translate review to English

Tom Gerace

★★★★★ **These Stylish Reading Glasses Have Blue Light Protection**

Reviewed in the United States on April 29, 2026

Color: Black + Leopard + Tortoiseshell+ Clear  |  Magnification Strength: 1.75 x  |

Vine Customer Review of Free Product

I recently purchased these blue light reading glasses and have been very pleased with both their performance and appearance. They are exceptionally lightweight, which makes them comfortable to wear for extended periods while I am reading or working on my computer. I have noticed a significant reduction in eye strain, particularly during my evening reading sessions. The frames are stylish and feel well-constructed, offering a stylish look that is appropriate for daily wear. At this price point, they are an

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 41 of 134

excellent value, especially considering the included blue light protection. I would highly recommend these glasses to anyone in need of a reliable and fashionable pair of readers.



Helpful | Report

 Dee-lighted Reviewer

★★★★★ **Budget-Friendly Readers That Perform Surprisingly Well**

Reviewed in the United States on April 14, 2026

Color: Black + Leopard + Tortoiseshell+ Clear | Magnification Strength: 1.75 x |

**Vine Customer Review of Free Product**

At this budget-friendly price, I didn't expect these glasses to perform this well.

The +1.75 magnification is consistent with my other readers, and the lenses are nice and clear.

I have a small-to-medium-sized head and they fit well, but the arms have enough flexibility that they'd easily accommodate a larger head too.

They're not super lightweight, but not heavy either—overall pretty comfortable—and they stay up on my nose bridge better than I expected.

I did notice that if I sit too far from my computer, things get a little fuzzy, but interestingly the opposite happens with books: the print stays clear both up close and farther away. That may just be my eyes, but it's worth noting.

I still don't completely understand the concept of blue light filtering, but when I take these off and on, I can definitely see a difference in the whiteness of my screen. The lenses give the display a slightly softer, less harsh appearance.

⌄ Read more



Helpful | Report

 Jordan Nash

★★★★★ **Helpful and stylish**

Reviewed in the United States on April 15, 2026

Color: Black + Leopard + Tortoiseshell+ Clear | Magnification Strength: 1.75 x |

**Vine Customer Review of Free Product**

These glasses are great! They arrive quickly and work so well! I didn't know for sure that I needed readers but I've noticed that I have to hold things further and further away to read. figured I would give it a shot and MAN what a difference it makes! They are light weight and comfortable to wear. There's a nice

5/19/26, 6:02 PM

Amazon.com: CCVOO 4-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

selection in style and color so I have a set to match any outfit. Having four means I can keep one in my purse, one in my nightstand, one in the car and one by the computer. I love the versatility and they help the most with the computer. I didn't realize how harsh the blue light was until I tried these on. They instantly blocked the harsh light. I didn't realize I was getting a mild headache every time I worked on the comp until I didn't anymore. It's a world of difference. The price was phenomenal for all the value they

Helpful | Report

 Jenny Sue

★★★★★ **Great buy!**

Reviewed in the United States on April 21, 2026

Color: Black + Leopard + Tortoiseshell+ Clear | Magnification Strength: 1.75 x |

**Vine Customer Review of Free Product**

These reading glasses are an absolute steal! Getting four pairs for under $10 feels like a bargain you don't come across very often, and the quality really surprised me. They have spring hinges at the temples, which makes them comfortable and flexible enough to fit a variety of face sizes—even men can wear them comfortably.

I have a smaller face, and they fit me perfectly without sliding or feeling oversized. The lenses are bright, clear, and provide a generous field of vision, which is especially helpful when I'm working on detailed projects.

I actually keep these at my art studio because someone always forgets their reading glasses, and it's so convenient to have extras on hand. They've come in handy more times than I can count! Durable, comfortable, and incredibly affordable—these are a great buy.

 

Helpful | Report

**See more reviews**

5/19/26, 6:02 PM

Amazon.com: CCVOO 2-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household



Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | |
| Amazon Science | | Amazon Currency Converter | |

5/19/26, 6:02 PM

Amazon.com: CCVOO 2-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 44 of 134



Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 45 of 134



Case: 2:26-cv-02135    Document 1    Filed 06/18/26    Page 46 of 134



**Ask Alexa**

Do these glasses have UV protection?    Are they lightweight?

Can these be worn over contacts?    Why you might like this

Compare with similar    Ask something else

| Care instructions | Gently clean lenses with a soft, dry cloth. Store in a protective case when not in use. Avoid extreme temperatures and direct sunlight. |
| --- | --- |
| Origin | Imported |

## About this item

- DESIGNED FOR READING: Stylish eye glasses for women that help people who have difficulty reading small print or seeing objects up close. Reading glasses are also called readers or cheaters
- A VARIETY OF DIOPTERS: Readers for women 1.5 are typically available in a variety of strengths, or diopters, which is the amount of magnification provided by the lenses
- BLUE LIGHT FILTERING: Upgrade your screen time with this stylish 4-pack of blue light reading glasses for women 1.5 . With these blue light readers for women for every place you relax, you can protect your eyes and maintain a polished look wherever you go
- SPRING HINGES: 1.5 reading glasses women also have features such as spring hinges that make them comfortable to wear for long periods of time.
- STYLISH FRAME: Reading glasses for women 1.5 are often designed with stylish frames and colors that appeal to women's tastes

⌄ See more

| Item details | ⌄ |
| --- | --- |

| Measurements | ⌄ |
| --- | --- |

See all product specifications

⚑ Report an issue with this product or seller



Sponsored ⓘ

Kerecsen Reading Glasses 5

4.6            842

$12⁹⁹

Sponsored ⓘ

Sponsored ⓘ

## Deals on related products Sponsored ⓘ

5/19/26, 6:02 PM

Amazon.com: CCVOO V.5 4 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household















**BLOEXCLU 6 Pack Reading Glasses for Women Men Blue Light Blocking Spring Hinge…**

★★★★☆ 119

Limited time deal

-15% $11⁸⁹

($1.98 / count)

Typical: $13.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**miyya Stylish Reading Glasses for Women, Cheaters Eyeglasses, Oversized Blue Light …**

★★★★★ 4

Limited time deal

-30% $11¹⁹

List: $15.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Henotin 4 Pack Ladies Reading Glasses Blue Light Blocking Spring Hinge Readers Anti…**

★★★★☆ 142

Limited time deal

-15% $12⁷³

($3.18 / count)

List: $14.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Reading Glasses Women Ladies Readers +0.50 Stylish Women's Magnifying Cheaters…**

★★★★☆ 34

Limited time deal

-15% $14⁴⁴

($3.61 / count)

Typical: $16.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**SKYOAK 2 Pack Trendy Progressive Multifocus Reading Glasses for Women, Retro Rectan…**

★★★★☆ 29

Amazon's Choice

Limited time deal

-10% $19⁷⁹

($9.90 / count)

Typical: $21.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

🌿 3 sustainability features

**Eyekepper Reading Glasses Women 4 Pack, Oversized Square Frame Spring Hinge Readers…**

★★★★★ 1

Limited time deal

-30% $13⁹⁹

($3.50 / count)

List: $19.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

🌿 3 sustainability features

**Madison Avenue 2 Pack Classic Blue Light Blocking Reading Glasses for Women, Vintag…**

★★★★☆ 205

Limited time deal

-10% $17⁰⁰

($8.50 / count)

Typical: $18.89

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

🌿 3 sustainability features

## Product description

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 48 of 134



5/19/26, 6:02 PM

Amazon.com: CCVOO V.5 4-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135 Document 1 Filed 06/18/26 Page 49 of 134

## SHIELD YOUR EYES WITH BLUE-LIGHT PROTECTION



Help reduce screen fatigue



Improve your sleep cycle



Enhance visual comfort while using the computer



Read comfortably

## Product details

**Date First Available** : April 20, 2026

**ASIN** : B0GXW3BB8K

**Best Sellers Rank:** #12,905 in Health & Household (See Top 100 in Health & Household)
#78 in Reading Glasses

**Customer Reviews:** 4.8 ★★★★★ (19)

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

5/19/26, 6:02 PM

Amazon.com: CCVOO 1.5 4 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 50 of 134

## Product Description

CCVOO Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters

---

 **Looking for specific info?**

| Ask Alexa or search reviews and Q&A | ⊕ |
|---|---|

[ Do these glasses have UV protection? ]  [ Are they lightweight? ]  [ Can these be worn over contacts? ]

[ Do they come with a case? ]  [ Are the lenses scratch resistant? ]

---

## More from frequently bought brands  Sponsored ⓘ

      

**Hubeye Square Reading Glasses for Women Men Blue Light Blocking Computer Fashion St...**
★★★★☆ 182
-5% $8⁵⁴ ($2.85 / count)
Typical: $8.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**REAVEE Oversized Square Reading Glasses for Women, Blue Light Blocking Large Frame ...**
★★★★☆ 366
-29% $11⁹⁹ ($4.00 / count)
List: $16.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**3 Pack Stylish Square Frame Reading Glasses for Women, Blue Light Blocking Comforta...**
★★★★☆ 93
$11⁹⁹ ($4.00 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**DXYXYO 3 Pack Retro Oversized Reading Glasses for Women Men Fashion Square Blue...**
★★★★☆ 7
$17⁹⁹
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**3 Pack Reading Glasses for Women Oversized Square Reading Glasses Blue Light Blocki...**
★★★★☆ 923
$9⁹⁹ ($3.33 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO 1.5 Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light...**
★★★★☆ 1,268
`Amazon's Choice`
$21⁹⁹ ($3.67 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**JOSCHOO 3 Pack Reading Glasses Blue Light Blocking Computer Spring Hinge Readers...**
★★★★★ 7
-10% $8⁹⁹
Typical: $9.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

---

5/19/26, 6:02 PM

Amazon.com: CCVOO V.5 4 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 51 of 134

## Similar brands on Amazon

Sponsored ⓘ



HEEYYOK 1.25 Reading Glasses Women TR90 Ultra Thin Blue Light Blocking…

4.7 ★★★★★ 4

$19.99



cyangander 3-Pack Blue Light Blocking Reading Glasses for Women Spring…

4.7 ★★★★★ 10

$16.99

Sponsored ⓘ

---

## Customer reviews

★★★★★ 4.8 out of 5

19 global ratings

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 7% |
| 3 star | | 7% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Top reviews from the United States

Brandon

★★★★★ **Love these!**

Reviewed in the United States on April 29, 2026

Color: Black + Leopard + Tortoiseshell+ Clear   |   Magnification Strength: 1.5 x   |   **Verified Purchase**

These are so stylish! I lose them often, so the price is amazing, and I order them often. Highly recommend.

Helpful    |    Report

Maria Norman

★★★★★ **Sexy Glasses**

Reviewed in the United States on May 3, 2026

Color: Black + Leopard + Tortoiseshell+ Clear   |   Magnification Strength: 1.5 x   |   **Verified Purchase**

Very fashionable and stylish

Helpful    |    Report

Lisa

★★★★★ **Stylish and lightweight**

Reviewed in the United States on April 16, 2026

Color: Black + Leopard + Tortoiseshell+ Clear   |   Magnification Strength: 1.5 x   |   **Verified Purchase**

Stylish and comfortable. Comfortable and enough strength for clear vision.

Helpful  |  Report

Heather Ridley

★★★★★ **Good material**

Reviewed in the United States on March 10, 2026

Color: Black + Leopard + Tortoiseshell+ Clear | Magnification Strength: 1.5 x | Verified Purchase

Ghey are sooo cute, however I wish I would've gotten the right strength, but I'll just say save them for when my eyes get worse lol

Helpful  |  Report

Melanie Martinez

★★★★★ **Great value**

Reviewed in the United States on March 11, 2026

Color: Black + Leopard + Tortoiseshell+ Clear | Magnification Strength: 1.5 x | Verified Purchase

Super cute - great value

Helpful  |  Report

Jozefa

★★★★☆ **Stylish readers**

Reviewed in the United States on April 23, 2026

Color: Black + Leopard + Tortoiseshell+ Clear | Magnification Strength: 1.5 x | Verified Purchase

These are very stylish I love the multi colors

Helpful  |  Report

Rachel Lucero

★★★☆☆ **Box was damaged**

Reviewed in the United States on February 9, 2026

Color: Black + Leopard + Tortoiseshell+ Clear | Magnification Strength: 1.5 x | Verified Purchase

They are cute but the arms where a bit rickety, I am returning

Helpful  |  Report

**See more reviews**

5/19/26, 6:02 PM

Amazon.com: CCVOO V.5 4-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household



Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| | | Amazon Business Card | |

5/19/26, 6:02 PM

Amazon.com: CCVOO V.5 2 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case: 2:26-cv-02135 — Document 1 — Filed 06/18/26 — Page 54 of 134

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English

United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Refurbished tech<br>you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 55 of 134



Health & Household › Vision › Reading Glasses



## CCVOO 0.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix)

Visit the CCVOO Store

3.9 ★★★★☆ (23)  |  Search this page

**50+ bought** in past month

$21⁹⁹ ($3.67 / count)

Price history

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**FREE Returns** ⌄

**Color: A1 Mix**

$21.99 ($3.67 / count)

See 3 options with no featured offers

**Magnification Strength: 0.5 x**

| 0.5 x | 0.75 x | 1.0 x | 1.25 x | 1.5 x | 1.75 x | 2.0 x |
|---|---|---|---|---|---|---|
| 2.25 x | 2.5 x | 2.75 x | 3.0 x | 3.25 x | 3.5 x | 4.0 x |

**Top highlights** ⌄

Click to see full view

---

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

---

$21⁹⁹ ($3.67 / count)

FREE delivery **Sunday, May 24** to Dover 19901 on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Overnight 4 AM - 8 AM** on eligible orders. Order within 5 hrs 41 mins. Join Prime

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

Ships from    Amazon
Sold by    AC Global Distribution
Returns    FREE 30-day refund/replacement
Payment    Secure transaction

⌄ See more

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 56 of 134

**Ask Alexa**

Does it include multiple pairs?    What lens powers are available?    Are storage cases included?

Why you might like this    Compare with similar    Ask something else

**Measurements** ⌄

**Item details** ⌄

See all product specifications

> ⚠ **Frequently returned item**
> Check the product details and customer reviews to learn more about this item.

⚑ Report an issue with this product or seller

Sponsored ⓘ

Add to Auto Buy

Add to List



SIGVAN Reading Glasses 5 Packs...

4.5    574

$13⁵⁶

Unknown Binding

Sponsored ⓘ

## Eyewear Collection

☑    +    ☑    +    ☑    +    ☑

Total price: $66.55

**Add all 4 to Cart**

**This item:** CCVOO 0.5 Stylish Reading Glasses for Women, Stylish...

$21⁹⁹ ($3.67/count)

SOJOS Retro Aviator Sunglasses for Women Men,Trendy Rectangle...

$15⁹⁹

livho High Tech Blue Light Glasses - Advanced Blue Light...

$13⁵⁸ ($13.58/count)

Lolalet Sunglasses Organizer Tray, 8 Grids Velvet Glasses Eyewea...

$14⁹⁹

ⓘ These items are shipped from and sold by different sellers.
Show details

## Deals on related products    Sponsored ⓘ

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 57 of 134



**JOLISU 5PCS Reading Glasses Men - Blue Light Blocking Computer Metal Thin Frame Rea...**

⭐⭐⭐⭐ 109

Limited time deal

-10% $21⁵⁹

($4.32 / count)

Typical: ~~$23.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**CCVOO Trendy Reading Glasses for Women, Oversized Blue Light Readers, Cheaters Eyeg...**

⭐⭐⭐⭐⭐ 20

Ends in 11:16:44

-30% $13⁹⁹

List Price ~~$19.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**Reading Glasses Women Ladies Readers +0.50 Stylish Women's Magnifying Cheaters...**

⭐⭐⭐⭐ 34

Limited time deal

-15% $14⁴⁴

($3.61 / count)

Typical: ~~$16.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**CCVOO 0.5 Reading Glasses for Women, Eye glasses, Blue Light Readers for Women,...**

⭐⭐⭐⭐ 216

Limited time deal

-17% $9⁹⁸

($9.98 / count)

List: ~~$11.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**Reading Glasses for Women, 3 pack Fashion Oversized Blue Light Readers for Women, S...**

⭐⭐⭐⭐ 378

Amazon's Choice

Limited time deal

-10% $8⁹⁹

($3.00 / count)

Typical: ~~$9.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon



**Madison Avenue 2 Pack Classic Blue Light Blocking Reading Glasses for Women, Vintag...**

⭐⭐⭐⭐ 205

Limited time deal

-10% $17⁰⁰

($8.50 / count)

Typical: ~~$18.89~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

🌿 3 sustainability features



**Henotin 4 Pack Ladies Reading Glasses Blue Light Blocking Spring Hinge Readers Anti...**

⭐⭐⭐⭐ 33

Limited time deal

-15% $12⁷³

($3.18 / count)

List: ~~$14.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Product Videos**

5/19/26, 6:03 PM

Amazon.com: CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, 3 heaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 58 of 134



## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product description

5/19/26, 6:03 PM

Amazon.com: CCVOO 2023 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 59 of 134



5/19/26, 6:03 PM
Amazon.com: CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 60 of 134

A Rosé Revolution



5/19/26, 6:03 PM

Amazon.com: CCVOO 2025 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 61 of 134

# SHIELD YOUR EYES WITH BLUE-LIGHT PROTECTION



Help reduce
screen fatigue



Improve your
sleep cycle



Enhance visual
comfort while using
the computer



Read
comfortably

## Product details

**Package Dimensions** : 6.74 x 3.43 x 3.3 inches; 0.35 ounces

**Item model number** : DK01

**Department** : womens

**Date First Available** : September 24, 2025

**ASIN** : B0FSDMMK1P

**Best Sellers Rank:** #5,035 in Health & Household (See Top 100 in Health & Household)
#19 in Reading Glasses

**Customer Reviews:**

3.9 ★★★★☆ ⌄ (23)

## Products related to this item  Sponsored ⓘ

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 62 of 134

      

**CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch...**

★★★★☆ 6

-23% $9⁹⁹

Typical price: $12.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**EYEURL 4-Pack Cat Eye Reading Glasses for Women Blue Light Glasses Stylish…**

★★★★★ 13

$20⁹⁹ ($5.25 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

You pay $18.89 with coupon (some sizes/colors)

**LKEYE Oversized Reading Glasses Women Men Oprah Style Blue Light Blocking…**

★★★★☆ 50

$20⁹⁹ ($7.00 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

🌱 3 sustainability features

**Reading Glasses for Women, 6 Pack Fashion Cat Eye Blue Light Blocking Computer…**

★★★★☆ 25

$12⁹⁵ ($2.16 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**3 Pack Reading Glasses for Women Oversized Square Reading Glasses Blue Light Blocki...**

★★★★☆ 923

Amazon's Choice

$9⁹⁹ ($3.33 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**JOLISU 5 Pack Reading Glasses For Women,Blue Light Blocking Computer Reader Spring ...**

★★★★☆ 39

$15⁹⁹ ($3.20 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**REAVEE Oversized Square Reading Glasses for Women, Blue Light Blocking Large Frame ...**

★★★★☆ 386

$22⁹⁹

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

Sponsored ⓘ

## Looking for specific info?

| Ask Alexa or search reviews and Q&A |

Does it include multiple pairs?   What lens powers are available?   Are storage cases included?

How long does the blue light protection last?   Will the frame colors fade over time?

## Customer reviews

★★★★☆ 3.9 out of 5

23 global ratings

### Top reviews from the United States

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 63 of 134

| | |
|---|---|
| 5 star | 54% |
| 4 star | 17% |
| 3 star | 7% |
| 2 star | 7% |
| 1 star | 15% |

How customer reviews and ratings work ⌄

Translate all reviews to English

Aynsley L Kluchnik

★★★★★ **Great purchase!**

Reviewed in the United States on April 18, 2026

Color: A1 Mix  |  Magnification Strength: 0.5 x  |  Verified Purchase

Good quality for the price. Comes with a case for each pair. Light weight and I love having a pair in every room and purse!

Helpful  |  Report

A. Meyers

★★★★☆ **So so**

Reviewed in the United States on February 4, 2026

Color: A1 Mix  |  Magnification Strength: 0.5 x  |  Verified Purchase

The legs are wiggly and 2 glasses were broken. Other than that they are comfortable pretty.



One person found this helpful

Helpful  |  Report

Steph

★★★★★ **Great for 45+ eyes**

Reviewed in the United States on March 23, 2026

Verified Purchase

Recently noticed that I was having a hard time focusing on small print. I guess it's the perk of being over 45. Not many glasses, in a 0.5 level, but these were the perfect stylish fit for my current needs.

One person found this helpful

Helpful  |  Report

Pattder

★☆☆☆☆ **Pass**

Reviewed in the United States on May 4, 2026

Color: A1 Mix  |  Magnification Strength: 0.5 x  |  Verified Purchase

not cute at all

Helpful  |  Report

dbp

⭐⭐⭐⭐⭐ **Elegantes y de buena calidad**

Reviewed in the United States on April 6, 2026

**Verified Purchase**

Buenos

Helpful          | Report

---

Kilsyuzeta

⭐⭐⭐⭐⭐ **Buena calidad , con el aumento necesario y muy lindos**

Reviewed in the United States on March 1, 2026

Color: A1 Mix  |  Magnification Strength: 0.5 x  |  **Verified Purchase**

Me encantaron , tal como se ve en la foto y lo que dice la transcripción



Helpful          | Report

Translate review to English

---

Hollyberry

⭐⭐☆☆☆ **I can see but they are small for my face**

Reviewed in the United States on March 10, 2026

Color: A1 Mix  |  Magnification Strength: 0.5 x  |  **Verified Purchase**

Glasses are nice but small for my face

3 people found this helpful

Helpful          | Report

---

**See more reviews**

Sponsored ⓘ

5/19/26, 6:03 PM
Amazon.com: CCVOO 2025 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 65 of 134

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English

United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

5/19/26, 6:03 PM
Amazon.com: CCVOO 2.25 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 66 of 134

Neighbors App
Real-Time Crime
& Safety Alerts

PillPack
Pharmacy
Simplified

Amazon Renewed
Refurbished tech
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996-2026, Amazon.com, Inc. or its affiliates

5/19/26, 6:03 PM
Amazon.com: CCVOO 0.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 67 of 134



Shop OLIEYE

Sponsored ⓘ

Health & Household › Vision › Reading Glasses



6 VIDEOS

Click to see full view

# CCVOO 0.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix)

Visit the CCVOO Store

3.9 ★★★★☆ ∨ (23)   |   Search this page

**50+ bought** in past month

$**21**⁹⁹ ($3.67 / count)

Price history

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

FREE Returns ∨

Color: **A1 Mix**

| $21.99 ($3.67 / count) | See 3 options with no featured offers |
|---|---|

Magnification Strength: **0.5 x**

| 0.5 x | 0.75 x | 1.0 x | 1.25 x | 1.5 x | 1.75 x | 2.0 x |
|---|---|---|---|---|---|---|
| 2.25 x | 2.5 x | 2.75 x | 3.0 x | 3.25 x | 3.5 x | 4.0 x |

## Top highlights ∨

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**21**⁹⁹ ($3.67 / count)

FREE delivery **Sunday, May 24** to Dover 19901 on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Overnight 4 AM - 8 AM** on eligible orders. Order within 5 hrs 41 mins. Join Prime

**In Stock**

Quantity: 1 ∨

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | AC Global Distribution |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

5/19/26, 6:03 PM

Amazon.com: CCVOO 0.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 68 of 134



Ask Alexa

Does it include multiple pairs?    What lens powers are available?    Are storage cases included?

Why you might like this    Compare with similar    Ask something else

**Measurements** ⌄

**Item details** ⌄

See all product specifications

⚠️ **Frequently returned item**
Check the product details and customer reviews to learn more about this item.

🏳 Report an issue with this product or seller

Sponsored ⓘ

**Add to Auto Buy**

**Add to List**

Kerecsen Reading Glasses 5
4.6          842
$12⁹⁹

Sponsored ⓘ

## Eyewear Collection

This item: CCVOO 0.5 Stylish Reading Glasses for Women, Stylish…
$21⁹⁹ ($3.67/count)

+ SOJOS Retro Aviator Sunglasses for Women Men,Trendy Rectangle…
$15⁹⁹

+ livho High Tech Blue Light Glasses - Advanced Blue Light…
$13⁵⁸ ($13.58/count)

+ Lolalet Sunglasses Organizer Tray, 8 Grids Velvet Glasses Eyewea…
$14⁹⁹

Total price: $66.55

**Add all 4 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

## Deals on related products   Sponsored ⓘ

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 69 of 134









**JOLISU 5PCS Reading Glasses Men - Blue Light Blocking Computer Metal Thin Frame Rea...**

★★★★½ 109

Limited time deal

-10% $21⁵⁹

($4.32 / count)

Typical: $23.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO Trendy Reading Glasses for Women, Oversized Blue Light Readers, Cheaters Eyeg...**

★★★★★ 20

Ends in 11:16:29

-30% $13⁹⁹

List Price $19.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO 0.5 Reading Glasses for Women, Eye glasses, Blue Light Readers for Women,...**

★★★★½ 216

Limited time deal

-17% $9⁹⁸

($9.98 / count)

List: $11.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Reading Glasses for Women, 3 pack Fashion Oversized Blue Light Readers for Women, S...**

★★★★½ 378

Amazon's Choice

Limited time deal

-10% $8⁹⁹

($3.00 / count)

Typical: $9.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Reading Glasses Women Ladies Readers +0.50 Stylish Women's Magnifying Cheaters...**

★★★★½ 34

Limited time deal

-15% $14⁴⁴

($3.61 / count)

Typical: $16.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Madison Avenue 2 Pack Classic Blue Light Blocking Reading Glasses for Women, Vintag...**

★★★★½ 205

Limited time deal

-10% $17⁰⁰

($8.50 / count)

Typical: $18.89

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

🌿 3 sustainability features

**Henotin 4 Pack Ladies Reading Glasses Blue Light Blocking Spring Hinge Readers Anti...**

★★★★½ 33

Limited time deal

-15% $12⁷³

($3.18 / count)

List: $14.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

## Product Videos

5/19/26, 6:03 PM

Amazon.com CCVOO 2026 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household



**Rebecca L Fuessel** <u>Earns commissions</u>
My first time using reading glasses and I love these

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product description

5/19/26, 6:03 PM
Amazon.com: CCVOO 2025 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 71 of 134



5/19/26, 6:03 PM

Amazon.com: CCVOO 2 Pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 72 of 134



A Rosé Revolution

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 73 of 134

# SHIELD YOUR EYES WITH BLUE-LIGHT PROTECTION



Help reduce screen fatigue



Improve your sleep cycle



Enhance visual comfort while using the computer



Read comfortably

## Product details

**Package Dimensions** : 6.74 x 3.43 x 3.3 inches; 0.35 ounces

**Item model number** : DK01

**Department** : womens

**Date First Available** : September 24, 2025

**ASIN** : B0FSDMMK1P

**Best Sellers Rank:** #5,035 in Health & Household (See Top 100 in Health & Household)
#19 in Reading Glasses

**Customer Reviews:**

3.9 ★★★★☆ ⌄ (23)

## Products related to this item Sponsored ⓘ

5/19/26, 6:03 PM

Amazon.com: CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 74 of 134















**CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch...**

★★★★☆ 6

-23% $9⁹⁹

Typical price: ~~$12.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**TRENVIE Reading Glasses for Women, 6 Pack Fashion Cat Eye Blue Light Blocking…**

★★★★★ 14

$12⁹⁵ ($2.16 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**LKEYE Oversized Reading Glasses Women Men Oprah Style Blue Light Blocking…**

★★★★⯪ 50

$20⁹⁹ ($7.00 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

⊘ 3 sustainability features

**EYEURL 4-Pack Cat Eye Reading Glasses for Women Blue Light Glasses Stylish…**

★★★★★ 13

$20⁹⁹ ($5.25 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

You pay $18.89  with coupon (some sizes/colors)

**kunchu 3 Pack Reading Glasses for Women Oversized Square Reading Glasses Blue…**

★★★★⯪ 923

Amazon's Choice

$9⁹⁹ ($3.33 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**JOLISU 5 Pack Reading Glasses For Women,Blue Light Blocking Computer Reader Spring …**

★★★★⯪ 39

$15⁹⁹ ($3.20 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**REAVEE Oversized Square Reading Glasses for Women, Blue Light Blocking Large Frame …**

★★★★⯪ 386

$22⁹⁹

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

Sponsored ⓘ

*a* **Looking for specific info?**

| Ask Alexa or search reviews and Q&A | ↑ |

Does it include multiple pairs?    What lens powers are available?    Are storage cases included?

How long does the blue light protection last?    Will the frame colors fade over time?

## Customer reviews

★★★★☆ 3.9 out of 5

23 global ratings

### Top reviews from the United States

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 75 of 134

**5 star** 54%
**4 star** 17%
**3 star** 7%
**2 star** 7%
**1 star** 15%

How customer reviews and ratings work ∨

Sponsored ⓘ

Translate all reviews to English

Aynsley L Kluchnik

★★★★★ **Great purchase!**

Reviewed in the United States on April 18, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

Good quality for the price. Comes with a case for each pair. Light weight and I love having a pair in every room and purse!

Helpful | Report

A. Meyers

★★★★☆ **So so**

Reviewed in the United States on February 4, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

The legs are wiggly and 2 glasses were broken. Other than that they are comfortable pretty.

One person found this helpful

Helpful | Report

Steph

★★★★★ **Great for 45+ eyes**

Reviewed in the United States on March 23, 2026

**Verified Purchase**

Recently noticed that I was having a hard time focusing on small print. I guess it's the perk of being over 45. Not many glasses, in a 0.5 level, but these were the perfect stylish fit for my current needs.

One person found this helpful

Helpful | Report

Pattder

★☆☆☆☆ **Pass**

Reviewed in the United States on May 4, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

not cute at all

Helpful | Report

5/19/26, 6:03 PM

Amazon.com: CCVOO 2126 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 76 of 134

dbp

⭐⭐⭐⭐⭐ **Elegantes y de buena calidad**

Reviewed in the United States on April 6, 2026

**Verified Purchase**

Buenos

Helpful     |     Report

Kilsyuzeta

⭐⭐⭐⭐⭐ **Buena calidad , con el aumento necesario y muy lindos**

Reviewed in the United States on March 1, 2026

Color: A1 Mix  |  Magnification Strength: 0.5 x  |  **Verified Purchase**

Me encantaron , tal como se ve en la foto y lo que dice la transcripción



Helpful     |     Report

Translate review to English

Hollyberry

⭐⭐☆☆☆ **I can see but they are small for my face**

Reviewed in the United States on March 10, 2026

Color: A1 Mix  |  Magnification Strength: 0.5 x  |  **Verified Purchase**

Glasses are nice but small for my face

3 people found this helpful

Helpful     |     Report

See more reviews

Back to top

### Get to Know Us

Careers

### Make Money with Us

Sell on Amazon

### Amazon Payment Products

Amazon Visa

### Let Us Help You

Your Account

5/19/26, 6:03 PM
Amazon.com: CCVOO 2025 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Reader for Women, 3 Heaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 77 of 134

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

**amazon**

English ⇅     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | | **Neighbors App** Real-Time Crime & Safety Alerts | **PillPack** Pharmacy Simplified | **Amazon Renewed** Refurbished tech you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑✗

© 1996-2026, Amazon.com, Inc. or its affiliates

5/19/26, 6:03 PM

Amazon.com: CCVOO 2 Pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

5/19/26, 6:04 PM

Amazon.com: CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case: 2:26-cv-02135  Document: 1  Filed: 06/18/26  Page: 79 of 134

Amazon

**Deliver to Dover 19901**

All

Search Amazon

EN

Hello, Patrycja
Account & Lists

Returns & Orders

0 Cart

All · alexa for shopping · Join Prime · Health AI · Same-Day Delivery · Amazon Haul · Medical Care · Amazon Basics · Today's Deals · Buy Again · Audible · Pet Supplies · Beauty & Personal Care

**Amazon Fashion** · Women · Men · Kids · Luggage · Sales & Deals · New Arrivals · Amazon Brands · Amazon Luxury

Shop RB.PILOT

Sponsored ⓘ

Health & Household › Vision › Reading Glasses

Visit the CCVOO Store

## CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters

4 ★★★★☆ (20) | Search this page

500+ **bought** in past month

-38% **$9**⁹⁹

List Price: $15.99 ⓘ   Price history

FREE Returns ⌄

Exclusive Prime price

**Color: Black + Leopard + Tortoiseshell+ Clear**

Magnification Strength: **2.0 x**

| 2.0 x | 0.5 x | 0.75 x | 1.0 x | 2.5 x |
|---|---|---|---|---|
| $9.99 | $9.99 | $9.99 | $9.49 ($2.37 / count) | $9.99 ($2.50 |
| $15.99 | $12.99 | $12.99 | $9.99 | $15.99 |
| With Prime | With Prime | With Prime | With Prime | With P |

| 1.25 x | 1.5 x | 1.75 x | 2.25 x | 3.5 x |
|---|---|---|---|---|
| $9.49 ($2.37 / count) | $9.49 | $9.99 ($2.50 / count) | $9.49 ($2.37 / count) | $9.49 |
| $12.99 | $11.99 | $12.99 | $9.99 | $12.99 |
| With Prime | With Prime | With Prime | With Prime | With P |

‹ **1** 2 ›

## Product details

### Top highlights ⌃

| Origin | Imported |
|---|---|

**Prime Member Price** ⦿

$9⁹⁹

This price is exclusively for Amazon Prime members.

**Join Prime**

Cancel anytime

Ships from **Amazon**

Sold by **AC Global Distribution**

Returns **FREE 30-day refund/replacement**

Payment **Secure transaction**

**Regular Price** ○

$11⁹⁹

FREE delivery Sunday, May 24 to **Dover 19901** on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: AC Global Distribution

Add to Auto Buy

Add to List

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.0 4-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers,Cheaters : Health & Household

Case: 2:26-cv-02135    Document 1    Filed 06/18/26    Page 80 of 134



**Ask Alexa**

Do these glasses have UV protection?    Are they lightweight?

Can these be worn over contacts?    Why you might like this

Compare with similar    Ask something else

## About this item

- DESIGNED FOR READING: Stylish eye glasses for women that help people who have difficulty reading small print or seeing objects up close. Reading glasses are also called readers or cheaters
- A VARIETY OF DIOPTERS: Readers for women 2.0 are typically available in a variety of strengths, or diopters, which is the amount of magnification provided by the lenses
- BLUE LIGHT FILTERING: Upgrade your screen time with this stylish 4-pack of blue light reading glasses for women 2.0. With these blue light readers for women for every place you relax, you can protect your eyes and maintain a polished look wherever you go
- SPRING HINGES: 2.0 reading glasses women also have features such as spring hinges that make them comfortable to wear for long periods of time.
- STYLISH FRAME: Reading glasses for women 2.0 are often designed with stylish frames and colors that appeal to women's tastes

⌄ See more



Kerecsen Reading Glasses 5

4.6    842

$12⁹⁹

Sponsored ⓘ

---

| Item details | ⌄ |
|---|---|

| Measurements | ⌄ |
|---|---|

See all product specifications

⚑ Report an issue with this product or seller

Sponsored ⓘ

---

**Deals on related products** Sponsored ⓘ

Case: 2:26-cv-02135    Document 1    Filed 06/18/26    Page 81 of 134















**JOLISU 5 Pack Reading Glasses For Women - Stylish Blue Light Blocking Readers…**

⭐⭐⭐⭐⯪ 303

Limited time deal

-29% $9⁹⁹

($2.00 / count)

Typical: $13.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**miyya Stylish Reading Glasses for Women, Cheaters Eyeglasses, Oversized Blue Light …**

⭐⭐⭐⭐☆ 80

Limited time deal

-30% $11¹⁹

List: $15.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO Trendy Reading Glasses for Women, Oversized Blue Light Readers, Cheaters Eyeg…**

⭐⭐⭐⭐⯪ 12

Limited time deal

-50% $9⁹⁹

List: $19.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**NORPERWIS 5 Pairs Reading Glasses - Standard Fit Spring Hinge Readers Glasses…**

⭐⭐⭐⭐⭐ 31

Limited time deal

-28% $11⁵⁵

($2.31 / count)

Typical: $15.95

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Henotin 4 Pack Ladies Reading Glasses Blue Light Blocking Spring Hinge Readers Anti…**

⭐⭐⭐⭐⯪ 146

Amazon's Choice

Limited time deal

-15% $12⁷³

($3.18 / count)

List: $14.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**JOLISU 5PCS Reading Glasses Men - Blue Light Blocking Computer Metal Thin Frame Rea…**

⭐⭐⭐⭐⯪ 109

Limited time deal

-10% $21⁵⁹

($4.32 / count)

Typical: $23.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Henotin 3 Pack Blue Light Blocking Reading Glasses,Spring Hinge Computer Readers fo…**

⭐⭐⭐⭐⯪ 192

Limited time deal

-15% $11⁰⁴

($3.68 / count)

Typical: $12.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

---

## Product description

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 82 of 134



5/19/26, 6:04 PM

Amazon.com: CCVOO 2 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 83 of 134

# SHIELD YOUR EYES WITH BLUE-LIGHT PROTECTION



Help reduce
screen fatigue



Improve your
sleep cycle



Enhance visual
comfort while using
the computer



Read
comfortably

## Product details

**Date First Available** ：April 20, 2026

**ASIN** ：B0GXW3BB8K

**Best Sellers Rank:** #12,905 in Health & Household (See Top 100 in Health & Household)
#78 in Reading Glasses

**Customer Reviews:** 4.3 ★★★★☆ ⌄ (20)

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.0 2 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case: 2:26-cv-02135    Document 1    Filed 06/18/26    Page 84 of 134

## Product Description

CCVOO Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters

 **Looking for specific info?**

| Ask Alexa or search reviews and Q&A |

Do these glasses have UV protection?    Are they lightweight?    Can these be worn over contacts?

Do they come with a case?    Are they scratch resistant?

## Products related to this item  *Sponsored* ⓘ















**CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch...**
★★★★½ 170
**Limited time deal**
-33% $9⁹⁸
($2.50 / count)
List: $14.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**6 Pack Reading Glasses for Women Blue Light Blocking Computer Square Readers with S...**
★★★★½ 193
$16⁹⁵
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon
You pay $14.95  with coupon

**Hubeye Square Reading Glasses for Women Men Blue Light Blocking Computer Fashion St...**
★★★★½ 182
-5% $8⁵⁴ ($2.85 / count)
Typical: $8.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO 2.0 Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light...**
★★★★½ 1,149
Amazon's Choice
$21⁹⁹ ($3.67 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Reading Glasses for Women Blue Light Blocking Glasses Filter UV Square Readers...**
★★★★½ 269
$9⁹⁹ ($2.00 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Reading Glasses for Women, 6 Pack Fashion Cat Eye Blue Light Blocking Computer...**
★★★★★ 14
$12⁹⁵ ($2.16 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**REAVEE Oversized Square Reading Glasses for Women, Blue Light Blocking Large Frame ...**
★★★★½ 386
$22⁹⁹
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

5/19/26, 6:04 PM

Amazon.com: CCVOO 4-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers,Cheaters : Health & Household

Case: 2:26-cv-02135   Document 1   Filed 06/18/26   Page 85 of 134

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ



[cyangander 3-Pack Blue Light Blocking Reading Glasses for Women Spring…](#)

4.7 ★★★★⯪ 10

$16.99



[JM 4 Pack Oversized Reading Glasses for Women, Cat Eye Trendy Blue Light…](#)

4.2 ★★★★☆ 57

$18.99

---

## Customer reviews

★★★★⯪  4.3 out of 5

20 global ratings

| | | |
|---|---|---|
| 5 star | | 53% |
| 4 star | | 39% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 8% |

[How customer reviews and ratings work ⌄](#)

## Top reviews from the United States

 Amazon Customer

★★★★★ **No, your vision number**

Reviewed in the United States on May 9, 2026

Color: Black + Leopard + Tortoiseshell+ Clear  |  Magnification Strength: 2.0 x  |  **Verified Purchase**

They are nice glasses, but you need to know the vision you need to get I didn't know so that's why I bought him and I really liked him, but it was the vision

Helpful  |  Report

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.0 4 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers,Cheaters : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 86 of 134



roar

★★★★☆ **Good**

Reviewed in the United States on May 16, 2026

Color: Black + Leopard + Tortoiseshell+ Clear    |    Magnification Strength: 2.0 x    |    **Verified Purchase**

Good for the price

Helpful    |    Report

Jackie Simmons

★★★★★ **I have one in every room.**

Reviewed in the United States on May 15, 2026

Color: Black + Leopard + Tortoiseshell+ Clear    |    Magnification Strength: 2.0 x    |    **Verified Purchase**

Perfect for everyday use!

Helpful    |    Report

Kimberly Boland

★★★★☆ **Comfort and wearability**

Reviewed in the United States on March 8, 2026

Color: Black + Leopard + Tortoiseshell+ Clear    |    Magnification Strength: 2.0 x    |    **Verified Purchase**

They are very cute. I get lots of compliments. The only problem is they fall off of my head. Not my eyes. I work a lot and have to carry them. But the glass seems to be scratch resistant and the blue lights don't seem to bother me

Helpful    |    Report

Mina

★★★★★ **Perfect Readers**

Reviewed in the United States on May 2, 2026

Color: Black + Leopard + Tortoiseshell+ Clear    |    Magnification Strength: 2.0 x    |    **Verified Purchase**

Cute and exactly what I needed. Excellent value.

Helpful    |    Report

Sophia Farrell

★☆☆☆☆ **Top small**

Reviewed in the United States on February 7, 2026

Color: Black + Leopard + Tortoiseshell+ Clear    |    Magnification Strength: 2.0 x    |    **Verified Purchase**

Dont order these, the sizing is terrible, they are made for VERY small faces and they shoudld say they run small or offer different widths. Total waste of time and money

Helpful    |    Report

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.0 4 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers,Cheaters : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 87 of 134

 Mommin2

★★★★☆ **Cute, but frames are too chunky for my needs**

Reviewed in the United States on May 2, 2026

Color: Black + Leopard + Tortoiseshell+ Clear   |   Magnification Strength: 2.0 x   |

**Vine Customer Review of Free Product**

I got these glasses as I've been needing some readers, and it is much easier to have a pack to have one in all the convenient places, like my purse, room, kitchen, etc. These glasses look really cute and I love the tortoise shell finish on two of them, but they didn't work for me.

After trying them, the frames are a bit too thick and chunky for me though. They do work well with +2 prescription, but I could constantly see the edges in my line of vision, which was distracting. They do fit ok, the thickness is just distracting and I am hyper aware of things in my visual field.

They also feel a bit stiff as opening and closing them isn't smooth, and they make a noticeable creaking sound when you do. I have other pairs and they do not do this, so it's an issue with this brand or the quality.

Overall, the style might work if you like bold, oversized frames, but between the thickness and the quality issues, they weren't comfortable for everyday use for me.

They are a great value to get 4 pairs for $10, that's an incredible deal.





Helpful   |   Report

 Pollyanna Paiva-Silva

★★★★★ **My mom loves these glasses!**

Reviewed in the United States on May 14, 2026

Color: Black + Leopard + Tortoiseshell+ Clear   |   Magnification Strength: 2.0 x   |

**Vine Customer Review of Free Product**

I got these reading glasses for my mom and she absolutely loves them! They're super stylish and cute while still being really practical for everyday use. A lot of reading glasses can look cheap or outdated, but these are actually very flattering and modern looking.

The quality is great as well, the frames feel sturdy and well made without being too heavy. She said they're comfortable to wear for long periods and don't slide down her nose constantly like some other pairs she's had before.

The lenses are very clear and make reading much easier without causing eye strain. She's already been using them daily for reading, being on her phone, and doing little tasks around the house. Definitely a great gift idea!

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.0 2-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 88 of 134

Helpful | Report

See more reviews

Sponsored ⓘ

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 89 of 134

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

   English   United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.0 4 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers,Cheaters : Health & Household

Neighbors App
Real-Time Crime
& Safety Alerts

PillPack
Pharmacy
Simplified

Amazon Renewed
Refurbished tech
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Case: 2:26-cv-02135    Document: 1    Filed: 06/18/26    Page: 91 of 134



**Amazon** | Deliver to Dover 19901 | All ▾ | Search Amazon 🔍 | 🇺🇸 EN ▾ | Hello, Patrycja Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

≡ All   alexa for shopping   **Join Prime**   Health AI   Same-Day Delivery   Amazon Haul   Medical Care ▾   Amazon Basics   Today's Deals   Buy Again   Audible   Pet Supplies   Beauty & Personal Care

**Amazon Fashion**    Women    Men    Kids    Luggage    Sales & Deals    New Arrivals    Amazon Brands    Amazon Luxury

Shop HEEYYOK Reading glasses

Sponsored ⓘ

Health & Household › Vision › Reading Glasses

Visit the CCVOO Store

## CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters

4.8 ★★★★★ ▾ (9) | Search this page

400+ **bought** in past month

**-38%**   $9.99 ($2.50 / count)

List Price: $15.99 ⓘ   |   Price history

FREE Returns ▾

Exclusive Prime price

Color: **Black + Leopard + Tortoiseshell+ Clear**

Magnification Strength: **2.5 x**

| **2.5 x** $9.99 ($2.50 / count) $15.99 With Prime | **0.5 x** $9.99 $12.99 With Prime | **0.75 x** $9.99 $12.99 With Prime | **1.0 x** $9.49 ($2.37 / count) $9.99 With Prime | **2.25** $9.49 ($2.37 With P |
| --- | --- | --- | --- | --- |
| **1.25 x** $9.49 ($2.37 / count) $12.99 With Prime | **1.5 x** $9.49 $11.99 With Prime | **1.75 x** $9.99 ($2.50 / count) $12.99 With Prime | **2.0 x** $9.99 $15.99 With Prime | **3.5 x** $9.49 $12.9 With P |

‹   **1**   2   ›

## Product details

### Top highlights     ⌃

**Care instructions**    Gently clean lenses with a soft, dry cloth. Store in a protective case when not in use. Avoid exposure to extreme temperatures or direct sunlight.

### Prime Member Price ⦿

$9.99 ($2.50 / count)

This price is exclusively for Amazon Prime members.

**Join Prime**

Cancel anytime

| | |
| --- | --- |
| Ships from | Amazon |
| Sold by | AC Global Distribution |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

### Regular Price ◯

$11.99 ($3.00 / count)

**FREE delivery Sunday, May 24** to Dover 19901 on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: AC Global Distribution

Add to Auto Buy

Add to List

Case: 2:26-cv-02135   Document: 1   Filed: 06/18/26   Page: 92 of 134

**Ask Alexa**

- Do these glasses block all blue light?
- What magnification strengths are available?
- How long will the spring hinges last?
- Why you might like this
- Compare with similar
- Ask something else

| Origin | Imported |
|---|---|

## About this item

- DESIGNED FOR READING: Stylish eye glasses for women that help people who have difficulty reading small print or seeing objects up close. Reading glasses are also called readers or cheaters
- A VARIETY OF DIOPTERS: Readers for women 2.5 are typically available in a variety of strengths, or diopters, which is the amount of magnification provided by the lenses
- BLUE LIGHT FILTERING: Upgrade your screen time with this stylish 4-pack of blue light reading glasses for women 2.5. With these blue light readers for women for every place you relax, you can protect your eyes and maintain a polished look wherever you go
- SPRING HINGES: 2.5 reading glasses women also have features such as spring hinges that make them comfortable to wear for long periods of time.
- STYLISH FRAME: Reading glasses for women 2.5 are often designed with stylish frames and colors that appeal to women's tastes

˅ See more

**Item details** ˅

**Measurements** ˅

See all product specifications

⚑ Report an issue with this product or seller

*Sponsored* ⓘ

**Kerecsen Reading Glasses 5**
4.6    842
$12⁹⁹

*Sponsored* ⓘ

## Deals on related products *Sponsored* ⓘ

Case: 2:26-cv-02135   Document: 1   Filed: 06/18/26   Page: 93 of 134









**CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch...**

★★★★½ 95

Limited time deal

-33% $9⁹⁸

($2.50 / count)

List: $14.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

---

**Reading Glasses for Women Men - Blue Light Blocking Magnifying Readers,Square Anti-...**

★★★★½ 175

Amazon's Choice

Ends in 14:55:33

-23% $9⁹⁸

($3.33 / count)

List: $12.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

---

**CCVOO +2.5 Reading Glasses for Women, Eyeglasses, Blue Light Readers for Women,...**

★★★★½ 86

Limited time deal

-22% $6⁹⁸

($6.98 / count)

List: $8.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

---

**Reading Glasses for Women Men, Eyeglasses, Blue Light Readers for Men Women**

★★★★½ 2,674

Limited time deal

-15% $11⁰⁴

($2.21 / count)

Typical: $12.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

---

**Reading Glasses Women Ladies Readers +0.50 Stylish Women's Magnifying Cheaters...**

★★★★½ 34

Limited time deal

-15% $14⁴⁴

($3.61 / count)

Typical: $16.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

---

**4 Pack Progressive Multifocus Reading Glasses for Women Stylish Blue Light...**

★★★★½ 72

Ends in 10:20:34

-15% $16⁹⁹

($4.25 / count)

Typical price $19.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

Save 5% with coupon (some sizes/colors)

---

**Madison Avenue 2 Pack Classic Blue Light Blocking Reading Glasses for Women, Vintag...**

★★★★½ 205

Limited time deal

-10% $17⁰⁰

($8.50 / count)

Typical: $18.89

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

🌿 3 sustainability features

---

## Product description

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.50 2 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household



Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 95 of 134

# SHIELD YOUR EYES WITH BLUE-LIGHT PROTECTION



Help reduce screen fatigue



Improve your sleep cycle



Enhance visual comfort while using the computer



Read comfortably

## Product details

**Date First Available** : April 20, 2026

**ASIN** : B0GXW3BB8K

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #12,905 in Health & Household (See Top 100 in Health & Household)
#78 in Reading Glasses

**Customer Reviews:** 4.8 ★★★★★ ⌄ (9)

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.5 4 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case: 2:26-cv-02135    Document 1    Filed 06/18/26    Page 96 of 134

## Product Description

CCVOO Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters

---

 **Looking for specific info?**

| Ask Alexa or search reviews and Q&A |

Do these glasses block all blue light?    What magnification strengths are available?    How long will the spring hinges last?

Are these suitable for everyday wear?    What colors come in this 4-pack?

---

## More from frequently bought brands  *Sponsored* ⓘ

      

**Hubeye Square Reading Glasses for Women Men Blue Light Blocking Computer Fashion St...**
★★★★½ 182
-5% $8⁵⁴ ($2.85 / count)
Typical: $8.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**REAVEE Oversized Square Reading Glasses for Women, Blue Light Blocking Large Frame ...**
★★★★½ 386
$22⁹⁹
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**3 Pack Stylish Square Frame Reading Glasses for Women, Blue Light Blocking Comforta...**
★★★★½ 93
$11⁹⁹ ($4.00 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**JOSCHOO 3 Pack Reading Glasses Blue Light Blocking Computer Spring Hinge Readers...**
★★★★★ 7
-10% $8⁹⁹
Typical: $9.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch...**
★★★★½ 95
`Limited time deal`
-33% $9⁹⁸
($2.50 / count)
List: $14.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO 2.5 Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light...**
★★★★½ 1,085
`Amazon's Choice`
$21⁹⁹ ($3.67 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**3 Pack Reading Glasses for Women Oversized Square Reading Glasses Blue Light Blocki...**
★★★★½ 923
$9⁹⁹ ($3.33 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.5 4 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case: 2:26-cv-02135    Document 1    Filed 06/18/26    Page 97 of 134

Sponsored ⓘ

## Customer reviews

★★★★★  4.8 out of 5

9 global ratings

| | | |
|---|---|---|
| 5 star | | 84% |
| 4 star | | 16% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

Sponsored ⓘ

### Top reviews from the United States

⬤  Amazon Customer

★★★★★ **Love**

Reviewed in the United States on April 11, 2026

Color: Black + Leopard + Tortoiseshell+ Clear  |  Magnification Strength: 2.5 x  |  **Verified Purchase**

Love them!!!!

( Helpful )  |  Report

⬤  Gary G.

★★★★☆ **Good glasses/Great price**

Reviewed in the United States on May 3, 2026

Color: Black + Leopard + Tortoiseshell+ Clear  |  Magnification Strength: 2.5 x  |  **Verified Purchase**

Great if you have a wife like mine who constantly loses her glasses. These are cheap enough that I bought 15 pair so she can lose 14 of them and still have a pair !

( Helpful )  |  Report

( See more reviews )

5/19/26, 6:04 PM

Amazon.com: CCVOO 2.5 4 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 98 of 134



Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |

5/19/26, 6:04 PM
Amazon.com: CCVOO 2.5 4-pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case: 2:26-cv-02135    Document 1    Filed 06/18/26    Page 99 of 134

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Amazon.com: CCVOO 2-5 2 pack Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Cheaters : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 101 of 134



Health & Household › Vision › Reading Glasses



Click to see full view

# CCVOO 0.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix)

Visit the CCVOO Store

3.9 ★★★★☆ ∨ (23) | Search this page

**50+ bought** in past month

**$21**⁹⁹ ($3.67 / count)

Price history

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**FREE Returns** ∨

Color: **A1 Mix**

| $21.99 ($3.67 / count) | See 3 options with no featured offers |

Magnification Strength: **0.5 x**

| 0.5 x | 0.75 x | 1.0 x | 1.25 x | 1.5 x | 1.75 x | 2.0 x |
| 2.25 x | 2.5 x | 2.75 x | 3.0 x | 3.25 x | 3.5 x | 4.0 x |

## Top highlights ∨

---

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

---

$**21**⁹⁹ ($3.67 / count)

FREE delivery **Sunday, May 24** to Dover 19901 on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Overnight 4 AM - 8 AM** on eligible orders. Order within 5 hrs 40 mins. Join Prime

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from   Amazon
Sold by    AC Global Distribution
Returns    FREE 30-day refund/replacement
Payment   Secure transaction

∨ See more

5/19/26, 6:05 PM
Amazon.com: CCVOO 0.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 102 of 134

**Ask Alexa**

Does it include multiple pairs?     What lens powers are available?     Are storage cases included?

Why you might like this     Compare with similar     Ask something else

**Measurements** ⌄

**Item details** ⌄

See all product specifications

⚠ **Frequently returned item**
Check the product details and customer reviews to learn more about this item.

⚑ Report an issue with this product or seller

Sponsored ⓘ

Add to Auto Buy

Add to List

Nature Walk : Nature Walk - gray...
4.3          267
$26⁰⁰

Sponsored ⓘ

---

## Eyewear Collection



This item: CCVOO 0.5 Stylish Reading Glasses for Women, Stylish...
$21⁹⁹ ($3.67/count)

SOJOS Retro Aviator Sunglasses for Women Men,Trendy Rectangle...
$15⁹⁹

livho High Tech Blue Light Glasses - Advanced Blue Light...
$13⁵⁸ ($13.58/count)

Lolalet Sunglasses Organizer Tray, 8 Grids Velvet Glasses Eyewea...
$14⁹⁹

Total price:  $66.55

**Add all 4 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

## Deals on related products   Sponsored ⓘ

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 103 of 134

      

**JOLISU 5PCS Reading Glasses Men - Blue Light Blocking Computer Metal Thin Frame Rea...**
★★★★★ 109
Limited time deal
-10% $21⁵⁹
($4.32 / count)
Typical: $23.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO Trendy Reading Glasses for Women, Oversized Blue Light Readers, Cheaters Eyeg...**
★★★★★ 20
Ends in 11:14:47
-30% $13⁹⁹
List Price $19.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Henotin 4 Pack Ladies Reading Glasses Blue Light Blocking Spring Hinge Readers Anti...**
★★★★★ 33
Limited time deal
-15% $12⁷³
($3.18 / count)
List: $14.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO 0.5 Reading Glasses for Women, Eye glasses, Blue Light Readers for Women,...**
★★★★★ 216
Limited time deal
-17% $9⁹⁸
($9.98 / count)
List: $11.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Reading Glasses for Women, 3 pack Fashion Oversized Blue Light Readers for Women, S...**
★★★★★ 378
Amazon's Choice
Limited time deal
-10% $8⁹⁹
($3.00 / count)
Typical: $9.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon
🌿 3 sustainability features

**Madison Avenue 2 Pack Classic Blue Light Blocking Reading Glasses for Women, Vintag...**
★★★★★ 205
Limited time deal
-10% $17⁰⁰
($8.50 / count)
Typical: $18.89
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Reading Glasses Women Ladies Readers +0.50 Stylish Women's Magnifying Cheaters...**
★★★★★ 34
Limited time deal
-15% $14⁴⁴
($3.61 / count)
Typical: $16.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

---

## Based on your recent views  Sponsored ⓘ

      

**CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch...**
★★★★★ 9
-38% $9⁹⁹
($2.50 / count)
List Price: $15.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch...**
★★★★★ 95
Amazon's Choice
Limited time deal
-33% $9⁹⁸
($2.50 / count)
List: $14.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**REAVEE Oversized Square Reading Glasses for Women, Blue Light Blocking Large Frame ...**
★★★★★ 366
-29% $11⁹⁹
($4.00 / count)
List: $16.99
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**3 Pack Reading Glasses for Women Oversized Square Reading Glasses Blue Light Blocki...**
★★★★★ 923
$9⁹⁹ ($3.33 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**JOLISU 5 Pack Reading Glasses For Women,Blue Light Blocking Computer Reader Spring ...**
★★★★★ 39
$15⁹⁹ ($3.20 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Reading Glasses for Women Blue Light Blocking Glasses Filter UV Square Readers...**
★★★★★ 269
$9⁹⁹ ($2.00 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Metal Blue Light Blocking Reading Glasses Oversized Readers for Women Big Head/Larg...**
★★★★☆ 7
$17⁰⁹ ($5.70 / count)
FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

5/19/26, 6:05 PM

Amazon.com: CCVOO 2.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

## Product Videos



**AC Global Distribution**
CCVOO Oprah Style Reading Glasses for Women

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product description

5/19/26, 6:05 PM

Amazon.com: CCVOO 2.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 105 of 134





A Rosé Revolution

5/19/26, 6:05 PM

Amazon.com: CCVOO 2.0 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 107 of 134

# SHIELD YOUR EYES WITH BLUE-LIGHT PROTECTION



Help reduce
screen fatigue



Improve your
sleep cycle



Enhance visual
comfort while using
the computer



Read
comfortably

## Product details

**Package Dimensions** : 6.74 x 3.43 x 3.3 inches; 0.35 ounces

**Item model number** : DK01

**Department** : womens

**Date First Available** : September 24, 2025

**ASIN** : B0FSDMMK1P

**Best Sellers Rank:** #5,035 in Health & Household (See Top 100 in Health & Household)
#19 in Reading Glasses

**Customer Reviews:**

3.9 ★★★★☆ ⌄ (23)

## More from frequently bought brands  Sponsored ⓘ

5/19/26, 6:05 PM

Amazon.com: CCVOO 2.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 108 of 134















**REAVEE Oversized Square Reading Glasses for Women, Blue Light Blocking Large Frame ...**

★★★★⯪ 386

$11⁹⁹ ($4.00 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**LKEYE Oversized Reading Glasses Women Men Oprah Style Blue Light Blocking…**

★★★★⯪ 50

$20⁹⁹ ($7.00 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

♻ 3 sustainability features

**VIDEBLA 5 Pack Blue Light Blocking Reading Glasses,Spring Hinge Readers for Women M...**

★★★★⯪ 319

$13⁹⁵ ($2.79 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Eyekepper Reading Glasses-4 Pack Include Reading Sunglasses for Women Men Reading U...**

★★★★⯪ 1,650

$20⁹⁹ ($5.25 / count)

FREE delivery **Mon, May 25** on $35 of items shipped by Amazon

♻ 3 sustainability features

**CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch...**

★★★★★ 19

-21% $9⁴⁹

List Price: $11.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**kunchu 3 Pack Reading Glasses for Women Oversized Square Reading Glasses Blue…**

★★★★⯪ 923

Amazon's Choice

$9⁹⁹ ($3.33 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**JOLISU 5 Pack Reading Glasses For Women,Blue Light Blocking Computer Reader Spring ...**

★★★★⯪ 39

$15⁹⁹ ($3.20 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

Sponsored ⓘ

## 🅰 Looking for specific info?

| Ask Alexa or search reviews and Q&A |

Does it include multiple pairs?    What lens powers are available?    Are storage cases included?

How long does the blue light protection last?    Will the frame colors fade over time?

## Customer reviews

★★★★☆ 3.9 out of 5

23 global ratings

### Top reviews from the United States

Translate all reviews to English

5/19/26, 6:05 PM

Amazon.com: CCVOO 2.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 109 of 134

| Stars | Percentage |
|---|---|
| 5 star | 54% |
| 4 star | 17% |
| 3 star | 7% |
| 2 star | 7% |
| 1 star | 15% |

How customer reviews and ratings work ⌄

---

**Aynsley L Kluchnik**

★★★★★ **Great purchase!**

Reviewed in the United States on April 18, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

Good quality for the price. Comes with a case for each pair. Light weight and I love having a pair in every room and purse!

Helpful | Report

---

**A. Meyers**

★★★★☆ **So so**

Reviewed in the United States on February 4, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

The legs are wiggly and 2 glasses were broken. Other than that they are comfortable pretty.

One person found this helpful

Helpful | Report

---

**Steph**

★★★★★ **Great for 45+ eyes**

Reviewed in the United States on March 23, 2026

**Verified Purchase**

Recently noticed that I was having a hard time focusing on small print. I guess it's the perk of being over 45. Not many glasses, in a 0.5 level, but these were the perfect stylish fit for my current needs.

One person found this helpful

Helpful | Report

---

**Pattder**

★☆☆☆☆ **Pass**

Reviewed in the United States on May 4, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

not cute at all

Helpful | Report

---

**dbp**

★★★★★ **Elegantes y de buena calidad**

Sponsored ⓘ

5/19/26, 6:05 PM

Amazon.com: CCVOO 2.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Reviewed in the United States on April 6, 2026

**Verified Purchase**

Buenos

Helpful | Report

---

Kilsyuzeta

★★★★★ **Buena calidad , con el aumento necesario y muy lindos**

Reviewed in the United States on March 1, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

Me encantaron , tal como se ve en la foto y lo que dice la transcripción

Helpful | Report

Translate review to English

---

Hollyberry

★★☆☆☆ **I can see but they are small for my face**

Reviewed in the United States on March 10, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

Glasses are nice but small for my face

3 people found this helpful

Helpful | Report

---

See more reviews

Sponsored ⓘ

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

🌐 English ⇕   |   🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | | **Neighbors App** Real-Time Crime & Safety Alerts | **PillPack** Pharmacy Simplified | **Amazon Renewed** Refurbished tech you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑️✖️

© 1996-2026, Amazon.com, Inc. or its affiliates

Case 2:26-cv-02135 Document 1 Filed 06/18/26 Page 113 of 134



Amazon | Deliver to Dover 19901 | Health, Household & Baby Care ▾ | Search Amazon | 🔍 | EN | Hello, Patrycja Account & Lists | Returns & Orders | 0 Cart

☰ All | alexa for shopping | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Amazon Basics | Today's Deals | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness | Medical Supplies & Equipment | FSA Eligible Items

Health & Household › Vision › Reading Glasses

6 VIDEOS

Click to see full view

⟳ Ask Alexa

# CCVOO 0.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix)

Visit the CCVOO Store

3.9 ★★★★☆ ⌄ (23)    |    Search this page

**50+ bought** in past month

$**21**⁹⁹ ($3.67 / count)

Price history

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

FREE Returns ⌄

**Color: A1 Mix**



$21.99 ($3.67 / count)

See 3 options with no featured offers

Magnification Strength: **0.5 x**

| 0.5 x | 0.75 x | 1.0 x | 1.25 x | 1.5 x | 1.75 x | 2.0 x |

| 2.25 x | 2.5 x | 2.75 x | 3.0 x | 3.25 x | 3.5 x | 4.0 x |

**Top highlights** ⌄

**Measurements** ⌄

**Item details** ⌄



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**21**⁹⁹ ($3.67 / count)

FREE delivery **Sunday, May 24** to Dover 19901 on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Overnight 4 AM - 8 AM** on eligible orders. Order within 5 hrs 39 mins. Join Prime

**In Stock**

Quantity: 1 ⌄

Add to cart

Buy Now

Ships from **Amazon**
Sold by **AC Global Distribution**
Returns **FREE 30-day refund/replacement**
Payment **Secure transaction**

⌄ See more

Add to Auto Buy

Does it include multiple pairs? | What lens powers are available? | Are storage cases included?

Why you might like this | Compare with similar | Ask something else

See all product specifications

Add to List

⚠️ **Frequently returned item**
*Check the product details and customer reviews to learn more about this item.*

🏳️ Report an issue with this product or seller



Sponsored ⓘ

JOSCHOO 5 Pack Reading Glass...
4.5          1,138
$12⁷⁴

Sponsored ⓘ

## Eyewear Collection



Total price: $66.55

**Add all 4 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** CCVOO 0.5 Stylish Reading Glasses for Women, Stylish...
$21⁹⁹ ($3.67/count)

SOJOS Retro Aviator Sunglasses for Women Men,Trendy Rectangle...
$15⁹⁹

livho High Tech Blue Light Glasses - Advanced Blue Light...
$13⁵⁸ ($13.58/count)

Lolalet Sunglasses Organizer Tray, 8 Grids Velvet Glasses Eyewea...
$14⁹⁹

## Deals on related products  Sponsored ⓘ

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 115 of 134









**JOLISU 5PCS Reading Glasses Men - Blue Light Blocking Computer Metal Thin Frame Rea...**

★★★★☆ 109

Limited time deal

-10% **$21⁵⁹**

($4.32 / count)

Typical: ~~$23.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO Trendy Reading Glasses for Women, Oversized Blue Light Readers, Cheaters Eyeg...**

★★★★★ 20

Ends in 11:14:29

-30% **$13⁹⁹**

List Price ~~$19.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Henotin 4 Pack Ladies Reading Glasses Blue Light Blocking Spring Hinge Readers Anti...**

★★★★☆ 33

Limited time deal

-15% **$12⁷³**

($3.18 / count)

List: ~~$14.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**CCVOO 0.5 Reading Glasses for Women, Eye glasses, Blue Light Readers for Women,...**

★★★★☆ 216

Limited time deal

-17% **$9⁹⁸**

($9.98 / count)

List: ~~$11.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Reading Glasses for Women, 3 pack Fashion Oversized Blue Light Readers for Women, S...**

★★★★☆ 378

Amazon's Choice

Limited time deal

-10% **$8⁹⁹**

($3.00 / count)

Typical: ~~$9.99~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

**Madison Avenue 2 Pack Classic Blue Light Blocking Reading Glasses for Women, Vintag...**

★★★★☆ 205

Limited time deal

-10% **$17⁰⁰**

($8.50 / count)

Typical: ~~$18.89~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

🌱 3 sustainability features

**JOSCHOO 5 Pack Reading Glasses Men Women Spring Hinges Comfortable Glasses...**

★★★★☆ 686

Ends in 14:54:28

-10% **$15²⁶**

($3.05 / count)

Typical: ~~$16.96~~

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

You pay $13.26 with coupon

## Product Videos



**Rebecca L Fuessel** <u>Earns commissions</u>
My first time using reading glasses and I love these

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product description

5/19/26, 6:05 PM
Amazon.com: CCVOO 2.0 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 117 of 134



Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 118 of 134



# SHIELD YOUR EYES WITH BLUE-LIGHT PROTECTION









Help reduce
screen fatigue

Improve your
sleep cycle

Enhance visual
comfort while using
the computer

Read
comfortably

---

## Product details

**Package Dimensions :** 6.74 x 3.43 x 3.3 inches; 0.35 ounces

**Item model number :** DK01

**Department :** womens

**Date First Available :** September 24, 2025

**ASIN :** B0FSDMMK1P

**Best Sellers Rank:** #5,035 in Health & Household (See Top 100 in Health & Household)
#19 in Reading Glasses

**Customer Reviews:**
3.9 ★★★★☆ ∨ (23)

---

## Products related to this item *Sponsored* ⓘ

5/19/26, 6:05 PM

Amazon.com: CCVOO 2.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

      

Reading Glasses for Women, 6 Pack Fashion Cat Eye Blue Light Blocking Computer…

⭐⭐⭐⭐ 15

$12⁹⁵ ($2.16 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

EYEURL 4-Pack Cat Eye Reading Glasses for Women Blue Light Glasses Stylish…

⭐⭐⭐⭐⭐ 13

$20⁹⁹ ($5.25 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

You pay $18.89 with coupon (some sizes/colors)

Reading Glasses for Women Blue Light Blocking Glasses Filter UV Square Readers…

⭐⭐⭐⭐ 269

$9⁹⁹ ($2.00 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

CCVOO Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers, Ch…

⭐⭐⭐⭐ 6

-23% $9⁹⁹

Typical price: $12.99

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

3 Pack Reading Glasses for Women Oversized Square Reading Glasses Blue Light Blocki…

⭐⭐⭐⭐ 923

Amazon's Choice

$9⁹⁹ ($3.33 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

JOLISU 5 Pack Reading Glasses For Women,Blue Light Blocking Computer Reader Spring …

⭐⭐⭐⭐ 39

$15⁹⁹ ($3.20 / count)

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

REAVEE Oversized Square Reading Glasses for Women, Blue Light Blocking Large Frame …

⭐⭐⭐⭐ 386

$22⁹⁹

FREE delivery **Sun, May 24** on $35 of items shipped by Amazon

Sponsored ⓘ

**𝑎 Looking for specific info?**

| Ask Alexa or search reviews and Q&A | ➡ |

[ Does it include multiple pairs? ]  [ What lens powers are available? ]  [ Are storage cases included? ]

[ How long does the blue light protection last? ]  [ Will the frame colors fade over time? ]

# Customer reviews

⭐⭐⭐⭐ 3.9 out of 5

23 global ratings

## Top reviews from the United States

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 121 of 134

| Rating | | Percent |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 17% |
| 3 star | | 7% |
| 2 star | | 7% |
| 1 star | | 15% |

How customer reviews and ratings work ⌄

Translate all reviews to English

 **Aynsley L Kluchnik**

★★★★★ **Great purchase!**

Reviewed in the United States on April 18, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

Good quality for the price. Comes with a case for each pair. Light weight and I love having a pair in every room and purse!

Helpful | Report

 **A. Meyers**

★★★★☆ **So so**

Reviewed in the United States on February 4, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

The legs are wiggly and 2 glasses were broken. Other than that they are comfortable pretty.



One person found this helpful

Helpful | Report

 **Steph**

★★★★★ **Great for 45+ eyes**

Reviewed in the United States on March 23, 2026

**Verified Purchase**

Recently noticed that I was having a hard time focusing on small print. I guess it's the perk of being over 45. Not many glasses, in a 0.5 level, but these were the perfect stylish fit for my current needs.

One person found this helpful

Helpful | Report

**Pattder**

★☆☆☆☆ **Pass**

Reviewed in the United States on May 4, 2026

Color: A1 Mix | Magnification Strength: 0.5 x | **Verified Purchase**

not cute at all

Helpful | Report

5/19/26, 6:05 PM
Amazon.com: CCVOO 2.0 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 122 of 134

dbp

⭐⭐⭐⭐⭐ **Elegantes y de buena calidad**

Reviewed in the United States on April 6, 2026

**Verified Purchase**

Buenos

Helpful    |    Report

Kilsyuzeta

⭐⭐⭐⭐⭐ **Buena calidad , con el aumento necesario y muy lindos**

Reviewed in the United States on March 1, 2026

Color: A1 Mix    |    Magnification Strength: 0.5 x    |    **Verified Purchase**

Me encantaron , tal como se ve en la foto y lo que dice la transcripción



Helpful    |    Report

Translate review to English

Hollyberry

⭐⭐☆☆☆ **I can see but they are small for my face**

Reviewed in the United States on March 10, 2026

Color: A1 Mix    |    Magnification Strength: 0.5 x    |    **Verified Purchase**

Glasses are nice but small for my face

3 people found this helpful

Helpful    |    Report

See more reviews

Sponsored ⓘ

5/19/26, 6:05 PM
Amazon.com: CCVOO 2.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135    Document 1    Filed 06/18/26    Page 123 of 134

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

---

English

United States

---

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |

5/19/26, 6:05 PM

Amazon.com: CCVOO 2.5 Stylish Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A1 Mix) : Health & Household

Case 2:26-cv-02135   Document 1   Filed 06/18/26   Page 124 of 134

Neighbors App
Real-Time Crime
& Safety Alerts

PillPack
Pharmacy
Simplified

Amazon Renewed
Refurbished tech
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# EXHIBIT 3

# United States of America

## United States Patent and Trademark Office

# DXYXYO

**Reg. No. 6,664,208**
**Registered Mar. 08, 2022**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Wenzhou Duoyuan Electronic Commerce Co.,Ltd.  (CHINA limited company (ltd.) )
Room 506,Bldg.12,Group 8,Xintianyuan
Residential Dis.,Binjiang St.,Lucheng
Wenzhou,Zhejiang, CHINA 325002

CLASS 9: 3D spectacles; Eyeglasses; Smartglasses; Anti-glare filters for televisions and computer monitors; Cases for spectacles, for pince-nez and for contact lenses; Contact lens cases; Corrective glasses; Eyeglass cases; Spectacle holders; Sports goggles for use in basketball, football, hockey, baseball, soccer; Sun glasses; Swimming goggles

FIRST USE 2-27-2021; IN COMMERCE 2-27-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The wording "DXYXYO" has no meaning in a foreign language.

SER. NO. 90-610,766, FILED 03-29-2021





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the  exception  of  renewal  applications  for  registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 4



Performance Notifications    Account Health    Voice of the Customer    Add Products via Upload    View Selling Applications    3P Apps    Edit

‹    Performance notifications

February 16, 2026

**Listings at risk of deactivation due to unauthorized patent use**



Hello AC Global Distribution,

The following listings are at risk of deactivation due to violations of our policies. You can find details of the at-risk listings below.

We are reaching out to you about this issue before it impacts your ability to sell so we can resolve this with limited impact to your business.

### Why is this happening?

We are taking this action because we received a report from a rights owner alleging that your listings may infringe on the rights owner's patent. The rights owner communication about the alleged infringement and the listings at risk of removal are at the bottom of this message. Listing content infringing on the intellectual property of others is a violation of the Amazon Intellectual Property policy.

### Are your listings at risk of deactivation in error?

If you believe that there has been an error, complete the following actions through your Account Health page to prevent the deactivation of these listings. You will need to resolve this issue before the date listed in the "Action Taken" column next to the impacted listing.

1. Contact the rights owner who submitted the notice and ask them to submit a retraction. Only retractions submitted by the rights owner directly to Amazon will be accepted. Amazon does not accept forwarded or attached retractions. Rights owner contact information is provided at the bottom of this email. If the rights owner does not retract their complaint, or you do not provide supporting information, your contact information may be provided to the rights owner upon their request.
**Or**
2. Provide an invoice, letter of authorization, or licensing agreement from the manufacturer or rights owner demonstrating that your products are lawful. To submit documentation through your Account Health page, click "Appeal" next to the impacted listings and follow the instructions provided.

### What happens if I do not provide the requested information?

If we do not receive the requested information, the impacted listings will be deactivated. If we receive additional complaints about your listings, we may deactivate your Amazon seller account. Deleting your listing on this ASIN does not sufficiently address the reason for the violation and will not result in its removal from your Account Health page.

### We're here to help.

If you have additional questions, contact Selling Partner Support.

Amazon Services

---

### Rights owner details:

    -- Haoyi Chen

    -- haoyichen@archlakelaw.com

**Rights owner communication:** This law firm represents Xiangfeng Xu ("Patentee"), the Applicant and Inventor of U.S. Design Patent No. D1,107,105 (the "'105 Patent"). It has come to Patentee's attention that a number of ASINs are offering for sale and selling the "Oprah Style Reading Classes" products (the "Infringing Products") that infringe the '105 Patent. Although the Infringing Products are offered for sale by different sellers, they are of the same or similar designs except colors and magnification strengths. Although Patentee does not perform its test-buys, a side-by-side comparison between the patented design and the product photos from each of the ASINs conclusively demonstrates that each of the Infringing Products incorporates design elements that are substantially identical to those claimed by the '105 Patent. Patentee demands that Amazon.com takes immediate action to cease and desist from listing these ASINs.

**ASIN:** B0FT92F53N

FEEDBACK

**ASIN:** B0FT93F53N

**Title:** CCVOO +1.75 Oprah Style Reading Glasses for Women, Eyeglasses, Blue Light Readers for Women, Computer Eye Glasses, Cheaters

**Violation type:** DesignPatent

**Complaint ID:** 19493849001

---

**Rights owner details:**

    -- Haoyi Chen

    -- haoyichen@archlakelaw.com

**Rights owner communication:** This law firm represents Xiangfeng Xu ("Patentee"), the Applicant and Inventor of U.S. Design Patent No. D1,107,105 (the "'105 Patent"). It has come to Patentee's attention that a number of ASINs are offering for sale and selling the "Oprah Style Reading Classes" products (the "Infringing Products") that infringe the '105 Patent. Although the Infringing Products are offered for sale by different sellers, they are of the same or similar designs except colors and magnification strengths. Although Patentee does not perform its test-buys, a side-by-side comparison between the patented design and the product photos from each of the ASINs conclusively demonstrates that each of the Infringing Products incorporates design elements that are substantially identical to those claimed by the '105 Patent. Patentee demands that Amazon.com takes immediate action to cease and desist from listing these ASINs.

**ASIN:** B0FT943J2R

**Title:** CCVOO +1.5 Oprah Style Reading Glasses for Women, Eyeglasses, Blue Light Readers for Women, Computer Eye Glasses, Cheaters

**Violation type:** DesignPatent

**Complaint ID:** 19493849001

---

**Rights owner details:**

    -- Haoyi Chen

    -- haoyichen@archlakelaw.com

**Rights owner communication:** This law firm represents Xiangfeng Xu ("Patentee"), the Applicant and Inventor of U.S. Design Patent No. D1,107,105 (the "'105 Patent"). It has come to Patentee's attention that a number of ASINs are offering for sale and selling the "Oprah Style Reading Classes" products (the "Infringing Products") that infringe the '105 Patent. Although the Infringing Products are offered for sale by different sellers, they are of the same or similar designs except colors and magnification strengths. Although Patentee does not perform its test-buys, a side-by-side comparison between the patented design and the product photos from each of the ASINs conclusively demonstrates that each of the Infringing Products incorporates design elements that are substantially identical to those claimed by the '105 Patent. Patentee demands that Amazon.com takes immediate action to cease and desist from listing these ASINs.

**ASIN:** B0FCVS4MM9

**Title:** CCVOO 2.5 Oprah Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A5 Timeless Tones)

**Violation type:** DesignPatent

**Complaint ID:** 19493849001

---

**Rights owner details:**

    -- Haoyi Chen

    -- haoyichen@archlakelaw.com

FEEDBACK

-- haoyichen@archlakelaw.com

**Rights owner communication:** This law firm represents Xiangfeng Xu ("Patentee"), the Applicant and Inventor of U.S. Design Patent No. D1,107,105 (the "'105 Patent"). It has come to Patentee's attention that a number of ASINs are offering for sale and selling the "Oprah Style Reading Classes" products (the "Infringing Products") that infringe the '105 Patent. Although the Infringing Products are offered for sale by different sellers, they are of the same or similar designs except colors and magnification strengths. Although Patentee does not perform its test-buys, a side-by-side comparison between the patented design and the product photos from each of the ASINs conclusively demonstrates that each of the Infringing Products incorporates design elements that are substantially identical to those claimed by the '105 Patent. Patentee demands that Amazon.com takes immediate action to cease and desist from listing these ASINs.

**ASIN:** B0FT943J2R

**Title:** CCVOO +1.5 Oprah Style Reading Glasses for Women, Eyeglasses, Blue Light Readers for Women, Computer Eye Glasses, Cheaters

**Violation type:** DesignPatent

**Complaint ID:** 19493849001

---

**Rights owner details:**

   -- Haoyi Chen

   -- haoyichen@archlakelaw.com

**Rights owner communication:** This law firm represents Xiangfeng Xu ("Patentee"), the Applicant and Inventor of U.S. Design Patent No. D1,107,105 (the "'105 Patent"). It has come to Patentee's attention that a number of ASINs are offering for sale and selling the "Oprah Style Reading Classes" products (the "Infringing Products") that infringe the '105 Patent. Although the Infringing Products are offered for sale by different sellers, they are of the same or similar designs except colors and magnification strengths. Although Patentee does not perform its test-buys, a side-by-side comparison between the patented design and the product photos from each of the ASINs conclusively demonstrates that each of the Infringing Products incorporates design elements that are substantially identical to those claimed by the '105 Patent. Patentee demands that Amazon.com takes immediate action to cease and desist from listing these ASINs.

**ASIN:** B0FCVRTXYS

**Title:** CCVOO 1.5 Oprah Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A5 Timeless Tones)

**Violation type:** DesignPatent

**Complaint ID:** 19493849001

---

**Rights owner details:**

   -- Haoyi Chen

   -- haoyichen@archlakelaw.com

**Rights owner communication:** This law firm represents Xiangfeng Xu ("Patentee"), the Applicant and Inventor of U.S. Design Patent No. D1,107,105 (the "'105 Patent"). It has come to Patentee's attention that a number of ASINs are offering for sale and selling the "Oprah Style Reading Classes" products (the "Infringing Products") that infringe the '105 Patent. Although the Infringing Products are offered for sale by different sellers, they are of the same or similar designs except colors and magnification strengths. Although Patentee does not

FEEDBACK

perform its test-buys, a side-by-side comparison between the patented design and the product photos from each of the ASINs conclusively demonstrates that each of the Infringing Products incorporates design elements that are substantially identical to those claimed by the '105 Patent. Patentee demands that Amazon.com takes immediate action to cease and desist from listing these ASINs.

**ASIN:** B0FCVRTXYS

**Title:** CCVOO 1.5 Oprah Style Reading Glasses for Women, Stylish Eyeglasses, Blue Light Readers for Women, Cheaters, (A5 Timeless Tones)

**Violation type:** DesignPatent

**Complaint ID:** 19493849001

---

**Rights owner details:**

-- Haoyi Chen

-- haoyichen@archlakelaw.com

**Rights owner communication:** This law firm represents Xiangfeng Xu ("Patentee"), the Applicant and Inventor of U.S. Design Patent No. D1,107,105 (the "'105 Patent"). It has come to Patentee's attention that a number of ASINs are offering for sale and selling the "Oprah Style Reading Classes" products (the "Infringing Products") that infringe the '105 Patent. Although the Infringing Products are offered for sale by different sellers, they are of the same or similar designs except colors and magnification strengths. Although Patentee does not perform its test-buys, a side-by-side comparison between the patented design and the product photos from each of the ASINs conclusively demonstrates that each of the Infringing Products incorporates design elements that are substantially identical to those claimed by the '105 Patent. Patentee demands that Amazon.com takes immediate action to cease and desist from listing these ASINs.

**ASIN:** B0FT93F53N

**Title:** CCVOO +1.75 Oprah Style Reading Glasses for Women, Eyeglasses, Blue Light Readers for Women, Computer Eye Glasses, Cheaters

**Violation type:** DesignPatent

**Complaint ID:** 19493849001

---

**Rights owner details:**

-- Haoyi Chen

-- haoyichen@archlakelaw.com

**Rights owner communication:** This law firm represents Xiangfeng Xu ("Patentee"), the Applicant and Inventor of U.S. Design Patent No. D1,107,105 (the "'105 Patent"). It has come to Patentee's attention that a number of ASINs are offering for sale and selling the "Oprah Style Reading Classes" products (the "Infringing Products") that infringe the '105 Patent. Although the Infringing Products are offered for sale by different sellers, they are of the same or similar designs except colors and magnification strengths. Although Patentee does not perform its test-buys, a side-by-side comparison between the patented design and the product photos from each of the ASINs conclusively demonstrates that each of the Infringing Products incorporates design elements that are substantially identical to those claimed by the '105 Patent. Patentee demands that Amazon.com takes immediate action to cease and desist from listing these ASINs.

**ASIN:** B0FCVS4MM9

**Title:** CCVOO 2.5 Oprah Style Reading Glasses for Women, Stylish

Eyeglasses, Blue Light Readers for Women, Cheaters, (A5 Timeless Tones)

**Violation type:** DesignPatent

**Complaint ID:** 19493849001

 **Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-334253724992407